CASE NO. **00-6162**

CR-ROETTGER

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE JUDGE |
| v. | SNOW |
| BARR Y SMITH, a/k/a "Scar,"  | |
| BERNARD SMITH, a/k/a "Fatboy," | |
| SAM JONES, a/k/a "Sam Tyson," | |
| ELLIOT AIKEN, a/k/a "Pig," | |
| RAYMOND HICKS, | |
| ASIA NELSON, a/k/a "Adrian," | |
| EARL PARKER, and | |
| WILLIE WALKER, a/k/a "Unc," | |
| Defendants. | |

FILED by D.C.
JUN 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## MOTION TO SEAL

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests this Honorable Court to seal this Indictment with the exception of copies of the Warrant for Arrest to be provided to the U.S. Marshals Service and the *Federal Bureau of Investigation* relative to the above captioned matter until such time as all defendants are arrested or further order of the Court. The government is requesting this indictment be sealed because it believes the defendants may flee if the defendants become aware of the pending indictment.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
FLA Bar # 100765
500 E. Broward Blvd, Suite 700
Ft. Lauderdale, FL 33394
Tel: (954) 356-7255, ext. 3512
Fax: (954) 356-7336