# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

RAYMOND HICKS

**WARRANT FOR ARREST**

CASE NUMBER: 00-6162

CR-ROETTGER
MAGISTRATE JUDGE
SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __RAYMOND HICKS__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

in violation of Title 21, United States Code, Section(s) 846

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

[signature] Penny Butler
Issuing Officer

Bail fixed at $ Pretrial Detention

6/15/00 at Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by MAGISTRATE JUDGE
Name of Judicial Officer

[signature]

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev 12/85) Warrant for Arrest

