UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 00-6162-CR-Roettger

| UNITED STATES OF AMERICA | ORDER ON INITIAL APPEARANCE |
|---|---|
| Plaintiff | Language English |
| v. Raymond Hicks | Case No. 00- |
| Defendant | AUSA Rice |

The above-named defendant having been arrested on 6-15-00
appeared before the court for initial appearance on 6-16-00
and proceedings having been held in accordance therewith, it is

ORDERED as follows

1. _____ appointed as permanent / temporary counsel of record
   Address
   Zip Code
2. _____ Martin Feigenbaum
   Address
   Zip Code
3. The defendant ___
4. Arraignment / Preliminary / Removal / Identity hearing is set for
5. The defendant is held in temporary pretrial detention

   A detention hearing pursuant to 18 U.S.C. 3142 is set for 6-____-00
6. The defendant shall be released from custody upon posting of the following type of appearance bond pursuant to 18 U.S.C. 3142:

   PTD Requested

This bond shall contain the standard conditions of bond printed in the bond form of this court and in addition, the defendant must comply with the special conditions checked below:

___ a. Surrender all passports and travel documents to the Pretrial Services Office or the Court
___ b. Report to Pretrial Services as follows: ___ times a week by phone; ___ times a week in person; other ___
___ c. Submit to random urinalysis testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law
___ d. Maintain or actively seek full-time gainful employment
___ e. Maintain or begin an educational program
___ f. Avoid all contact with victims of or witnesses to the crimes charged
___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon
___ h. Comply with the following curfew ___

- 1 -

____ 1. Comply with the following additional special conditions of this bond _____

_____

_____

This bond was set ___ At Arrest  _____

On Warrant  _____

After Hearing  _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

✓ The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release, and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this 16 day of June , 2000

_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION
 WHITE to Court file
 BLUE to defendant
 GREEN to Assistant U.S. Attorney
 YELLOW to Counsel
 PINK to U.S. Marshal
 GOLD to Pretrial Services