400

| | | | |
|---|---|---|---|
| DEFT: | Raymond Hicks (J)# | CASE NO: | 00-6162-CR-Roettger |
| AUSA: | Kathleen Rice *present* | ATTNY: | |
| AGENT: | | VIOL: | 21:46,841;18:1956; 21:853 |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: CJA
                                                 * Martin Feigenbaum

_____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House
    Electronic Monitoring

FILED by ___ D.C.
JUN 1 6 2000
CLARENCE MADDOX
S.D. OF FLA. FT. LAUD.

- Indictment unsealed
- Advised of charges
- Sworn in for counsel

(* If J gets a bond - then question of partial indigence will be addressed)

| | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| NEXT COURT APPEARANCE: | | | |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 6-23-00 | 10:00 | SNOW ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | 6-23-00 | 10:00 | SNOW ✓ |
| STATUS CONFERENCE: | | | |

DATE: 6-16-00   TIME: 11:00am   TAPE # 00-052  PG # 9

400-1280

24 m