# United States District Court

483992

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

RAYMOND HICKS

## WARRANT FOR ARREST

CASE NUMBER **00 - 6162**

CR - ROETTGER
MAGISTRATE JUDGE
SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __RAYMOND HICKS__
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment | Information | Complaint | Order of court | Violation Notice | Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

in violation of Title __21__ United States Code, Section(s) __846__

__Clarence Maddox__                                 __Court Administrator/Clerk of the Court__
Name of Issuing Officer                                      Title of Issuing Officer

_/s/ Jenny Butler_                                          6/15/00 at Fort Lauderdale, Florida
Issuing Officer                                                    Date and Location

Bail fixed at $ _Pretrial Detention_            BARRY S. SELTZER
                                                  by __MAGISTRATE JUDGE__
                                                       Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

Ft. Lauderdale, FL

| DATE RECEIVED 6/15/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/15/00 | FOR: FBI | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

33/m