FILED by ___ D.C.
JUN 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # __55347-004__

UNITED STATES OF AMERICA )
           Plaintiff ) Case Number: CR __00-6162-1-Roettger__
                              ) REPORT COMMENCING CRIMINAL
   -vs-               )     ACTION
                              )
__RAYMOND HICKS__ )
           Defendant

**********************************************************

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

**********************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: __6/18/00__    __9:30 am/pm__

(2) Language Spoken: __ENGLISH__

(3) Offense(s) Charged: __CONSPIRACY TO POSSESS WITH__
    __INTENT TO DISTRIBUTE COCAINE__   Title 21
                                                  Section 846

(4) U.S. Citizen [✓] Yes [ ] No [ ] Unknown

(5) Date of Birth: __6/28/65__

(6) Type of Charging Document: (check one)
    [✓] Indictment [ ] Complaint   To be filed/Already filed
    Case # __00-6162__

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: __SOUTHERN DISTRICT OF FLORIDA__

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $ __PTD REQUEST__
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: __RCO MORGAN FBI__

(10) Agency: __FBI__     (11) Phone: __921-3513__

(12) Comments: _____

34