COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: RAYMOND HICKS (J)          CASE NO: 00-6162-CR-ROETTGER
AUSA: KATHLEEN RICE  (pres)       ATTY: MARTIN FEIGENBAUM  pres
AGENT: FBI Andrew Thompson        VIOL:
PROCEEDING: PTD / ARRAIGNMENT     RECOMMENDED BOND
BOND HEARING HELD — yes/no        COUNSEL APPOINTED

        BOND SET @

        SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS_____x's a wk/month by phone;_____x's a wk/month in person
3) Travel extended to:

_Gov't proceeded by proffer_

_S/A Andrew Thompson sworn for cross_

_PTD Ordered_

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:        Reading of Indictment Waived
                                                    Not Guilty plea entered
                         PTD/BOND HRG:              Jury trial demanded
                                                    Standing Discovery Order requested
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF: 6-30  11  L SS ✓

Date: 6-23-00   Time 10:00   FTL/LSS
                             TAPE #00- 032   Begin: 2479   End:
                             and 033

*FILED by ___ D.C.  JUN 23 2000  CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*