HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by _AF_ D.C.
JUN 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __HUSSAIN EL KAMLICHI__    CASE NO: __00-6098-CR-ZLOCH__
AUSA __STEVE PETRI__ / _Rice_    ATTY FPD - _Hunt_
_Disc out - possible plea - no pending motions_

00-6098 C 1174

DEFT __CARLA KNIGHT__    CASE NO: __00-6159-CR-FERGUSON__
AUSA __KATHLEEN RICE__ / _Rice_    ATTY FPD - _Hunt_
_Disc out - possible plea - No pending motion_

C 1199

DEFT __DOREEN JORDAN__    CASE NO: __00-6160-CR-ZLOCH__
AUSA __DON CHASE__ _pre_    ATTY FPD - _Bidwill_
_Disc out - possible plea -_

C 1219

DEFT __LORI KOSTENKO__    CASE NO: __00-6164-CR-DIMITROULEAS__
AUSA __ROGER STEFIN__ / _Rice_    ATTY FPD - _Hunt_
_Disc out - possible plea - No pending motion_

C 1254

DEFT __RAYMOND HICKS__    CASE NO: __00-6162-CR-ROETTGER__ ✓
AUSA __KATHLEEN RICE__ / _pre_    ATTY __MARTIN FEIGENBAUM, ESQ.__ _pres_
Steven Kassner, Esq. for Earl Parker
FPD for Sam Jones - _Cat Hunt Aug 1_

C 1280

DEFT _Disc out - Moved Aug 1 for motions_    CASE NO: _____
AUSA _____    ATTY _____

DATE __6/30/00__    TIME __11:00__

63