UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-ROETTGER/SNOW



UNITED STATES OF AMERICA,           )
                                    )
              Plaintiff,            )
vs.                                 )
                                    )
BARRY SMITH, a/k/a "Scar,"          )
BERNARD SMITH, a/k/a "Fatboy,"      )
SAM JONES, a/k/a "Sam Tyson,"       )
ELLIOT AIKEN, a/k/a "Pig,"          )
RAYMOND HICKS,                      )
ASIA NELSON, a/k/a "Adrian,"        )
EARL PARKER and                     )
WILLIE WALKER, a/k/a "Unc,"         )
                                    )
              Defendants.           )
_____)

## NOTICE OF SERVICE

COMES NOW the United States of America, by and through the undersigned Assistant

United States Attorney, and files this notice of service advising the Court that on July 18, 2000,

the Government hand-delivered a copy of the Government's Response to Standing Discovery

Order, dated June 30, 2000, to Manny Gonzalez, Esquire, counsel for Asia Nelson; on July 21,

2000, the Government hand-delivered a copy of the Government's Response to Standing

Discovery Order to, counsel for Elliot Aiken; on July 19, 2000, the Government served via

United States mail, a copy of the Government's Response to Standing Discovery Order upon

Vincent Flynn, Esquire, counsel for Defendant Willie Walker; and on July 31, 2000, the

Government served via United States mail, a copy of the Government's Response to Standing

Discovery Order and the Government's Motion to Delay Compliance with Paragraphs "D" and

"E" of the Standing Discovery Order upon Randee Golder, Esquire, counsel for Defendant Barry

Smith.

      In addition, each counsel has been provided a diskette containing each of the

Applications, Affidavits and Orders pertaining to the interception of wire communications in the

above-styled cause.

                        Respectfully submitted,

                        GUY A. LEWIS
                        UNITED STATES ATTORNEY

By:                  

                        KATHLEEN RICE
                        ASSISTANT UNITED STATES ATTORNEY
                        Florida Bar No. 100765
                        500 East Broward Blvd., Seventh Floor
                        Fort Lauderdale, Florida 33394
                        Tel: (954) 356-7255, ext. 3512
                        Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United

States mail this 31st day of July, 2000 to: Richard Diaz, Esquire, 2701 Southwest 3rd Avenue,

Miami, Florida 33129-2335; Randee Golder, Esquire, Post Office Box 3756, Boynton Beach,

Florida 33424; Patrick Hunt, Esquire, Assistant Federal Public Defender, 101 N.E. 3rd Avenue,

Suite 202, Fort Lauderdale, Florida 33301; Martin A. Feigenbaum, Esquire, Museum Tower -

Suite 1565, 150 West Flagler Street, Miami, Florida 33130; Steven Kassner, Esquire, 815 Ponce

de Leon Boulevard, Suite 303, Coral Gables, Florida 33134-3007; Manuel Gonzalez, Jr.,

Esquire, 780 NW 42nd Avenue, Suite 318, Miami, Florida 33126-5536; Vincent Flynn, Esquire,

1221 Brickell Avenue, Suite 602, Miami, Florida 33131-3260; and Michael Entin, Esquire, One

East Broward Boulevard, Suite 1500, Fort Lauderdale, Florida 33301.

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

3