UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO 00-6162-CR-NCR
U.S. MAGISTRATE SNOW

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RAYMOND HICKS,
    Defendant.

) DEFENDANT HICK'S MOTION TO
) <u>CONTINUE 8/23/00 TRIAL PERIOD</u>
)
)

    Defendant Raymond Hicks ("HICKS"), by and through undersigned counsel, respectfully moves this Honorable Court for a continuance of the trial period currently set by the Court, and states:

    1. This Honorable Court has set August 23, 2000 as the commencement of the first trial period in this cause with a call of the calendar at 10:00 on that date.

    2. On August 7, 2000, HICKS finally received copies of wiretap transcripts and other documents from Global Financial Press ("GFP"), the copying service utilized by Plaintiff United States of America ("Government") in this particular case. HICKS had been trying to obtain from GFP these copies for a substantial period of time. Due to GFP's unfamiliarity with the procedures under the Criminal Justice Act ("CJA") an inordinate amount of delay occurred.

1

3. Undersigned counsel for HICKS had viewed the discovery materials available at GFP several weeks ago. Among the items provided by the Government for inspection were approximately 150 videotapes. Undersigned counsel requested from the Government that it provide him an index to these videotapes which would identify which, if any, contained HICKS. The Government informed undersigned counsel that there is no index, and that it is not possible at this time for the Government to make such identification.

4. The cost for reproducing these videotapes would be approximately $3,600 which the undersigned believes is an unnecessary burden on the CJA program and the Office of Administration of the U.S. Courts. However, HICKS must have a reasonable opportunity to review any of the videotape evidence which relates to him. Therefore, a continuance of the current trial period is warranted until either: a) an index of the videotape evidence is provided; or b) the Government advises HICKS that he does not appear on <u>any</u> of the videotapes.

5. As an additional reason for granting a first continuance of this cause, HICKS would state that there is a massive amount of information to review relating to the written discovery provided by the Government. HICKS is just beginning to identify issues which may generate the need to issue subpoenas, interview potential defense witnesses, and take other affirmative action to adequately prepare his

2

defense. An August 23, 2000 trial period does not allow HICKS sufficient time to adequately prepare his defense to the very substantial charges filed against him.

6. There are several Codefendants currently scheduled for trial with HICKS. Although the undersigned has not received any other motions to continue, HICKS believes that the Codefendants will join him in favor a continuance. Undersigned counsel is making an effort to contact the attorneys for the Codefendants to obtain their input about a new trial date which would be fair to all concerned.

WHEREFORE, Defendant Raymond Hicks respectfully requests that this Honorable Court enter an order continuing trial of this cause from the current period of August 23, 2000 until a later date to be discussed with the Court at the August 23, 2000 call of the calendar.

Respectfully submitted,

Martin A. Feigenbaum
Florida Bar No. 705144
150 West Flagler Street
Museum Tower 1565
Miami, FL 33130
(305) 372-0946

3

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by fax and mail this 14th day of August, 2000, to the attorney's on the attached Service List.

*[signature: Marta Feiguelaun]*

4

SERVICE LIST

Kathleen Rice, AUSA
U.S. Attorney's Office
500 East Broward Blvd.-7th Floor
Ft. Lauderdale, FL 33394
(fax 954-356-7336)

Richard Diaz, Esq.
2701 S.W. 3rd Avenue
Miami, FL 33129-2335
(fax 305-285-0354)

Jorge Sibila, Esq.
2246 S.W. 1st Street
Miami, FL 33135-1513
(fax 305-541-8300)

Patrick Hunt, AFPD
Public Defender's Office
101 N.E. 3rd Avenue
Suite 202
Ft. Lauderdale, FL 33301
(fax 954-356-7556)

Steven Kassner, Esq.
815 Ponce de Leon Blvd.
Suite 303
Coral Gables, FL 33134-3007
(fax 305-461-2998)

Manuel Gonzalez, Jr., Esq.
782 N.W. Le Jeune Rd.
Suite 318
Miami, FL 33126-5536
(fax 305-442-1043)

Vincent Flynn, Esq.
1221 Brickell Ave
Suite 602
Miami, FL 33131-3260
(fax 305-858-7787)

Michael Entin, Esq.
1 East Broward Blvd.
Suite 1500
Ft. Lauderdale, FL 33301
(fax 954-522-7003)