UNITED STATES OF AMERICA,

          Plaintiff,

v.

RAYMOND HICKS,
BERNARD SMITH, et al.

_____Defendant._____/

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No.: 00-6162-CR-ROETTGER

**ORDER ON DEFENDANTS'
MOTION FOR CONTINUANCE**

          **THIS CAUSE** is before the Court on the separate motions of
Defendants Hicks and Smith for a continuance of the trial for this
cause, which is currently set for this court's August 23, 2000
calendar call in Ft. Lauderdale.

          After consideration of both motions, arguments of
counsel, and the record in this cause, the Court concludes that the
ends of justice are served by the granting of a continuance, and
that the ends of justice served by the granting of such continuance
outweigh the best interests of the public and the Defendant(s) in
a speedy trial as required by 18 U.S.C. §3161(h)(8)(A).

          Accordingly, it is

          **ORDERED AND ADJUDGED** that Defendants' motion to continue
is hereby **GRANTED** and this case is continued until this cause can
be reasonably set for trial. The entire period of delay until jury
selection shall be excludable time.

          It is **FURTHER ORDERED AND ADJUDGED** that the parties shall
continue to comply with the Court's Pretrial Order regarding the
mandates of the Speedy Trial Act, 18 U.S.C. §3161, et seq.

          It is **FURTHER ORDERED AND ADJUDGED** that counsel are to
inform the Court immediately of the resolution of any scheduling

conflicts which have necessitated, caused or contributed to the continuance of the trial for this cause. Counsel risks the imposition of sanctions for failure to do so.

The Court will re-schedule the case at its next available convenience

**DONE AND ORDERED** this 2/ day of ___Aug___ ,

2000.


NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record

2