UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO 00-6162-CR-NCR
U.S. MAGISTRATE SNOW

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

| | |
|---|---|
| RAYMOND HICKS, | ) DEFENDANT HICKS' EX-PARTE MOTION |
| Defendant. | ) FOR POLYGRAPH EXAMINATION FEES |
| | ) |

Defendant Raymond Hicks ("HICKS"), by and through undersigned court-

appointed counsel, respectfully moves this Honorable Court for Ex-parte Order

approving fees for a polygraph examination, and states:

1. This Motion is made pursuant to the Criminal Justice Act ("CJA").

2. HICKS is an officer with the Broward County Sheriff's Office ("BSO").

3. HICKS was charged in this cause with seven other Defendants none of

who are law-enforcement officers.

4. There were hundreds of wiretap conversations recovered by Plaintiff

United States of America ("Government") in this case. However, none of the

wiretaps shows any illegal activity committed by HICKS.

5. The Government has indicated that the only evidence against HICKS in

1

the sole conspiracy count in which he is charged is by virtue of confidential

informant testimony.

6. HICKS is prepared to undergo polygraph examination to demonstrate that

he is not guilty.

7. The purpose of the polygraph is to present the Government with

affirmative proof of HICKS' innocence. It is anticipated that the Government may

reconsider its intention to prosecute HICKS if presented with evidence that HICKS

passed a polygraph examination.

8. If HICKS is correct about the Government's willingness to dismiss him if

presented positive polygraph information, then great time and expense will be saved

for all concerned. In light of the $500 cost for this examination, the risk is very low

compared to the benefit for justice which may be obtained.

9. The well-established polygraph firm of Kent Jurney & Associates has

agreed to conduct this examination at FDC-Miami for a $500 fee.

WHEREFORE, Defendant Raymond Hicks respectfully moves this

Honorable Court for entry of an Order approving $500 in polygraph fees to be paid

to Kent Jurney & Associates as more fully described above.

case. The investigative costs are absolutely necessary to adequately prepare

HICKS' defense by using ROADRUCK's services.

WHEREFORE, Defendant Raymond Hicks respectfully moves this

Honorable Court for an Ex-Parte Order lifting the investigative cap from $300 to

$2,500 because such an authorization is necessary for the preparation of an

adequate defense, reasonable, and in the interests of justice.

Respectfully submitted,

Martin A. Feigenbaum
Florida Bar No. 705144
150 West Flagler Street
Museum Tower 1565
Miami, FL 33130
(305) 372-0946

DATED: October 19, 2000

3