UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO 00-6162-CR-ROETTGER
U.S. MAGISTRATE SNOW

UNITED STATES OF AMERICA,
　　Plaintiff,

vs.

RAYMOND HICKS,　　) DEFENDANT HICKS' EX-PARTE
　　Defendant.　　　　) MOTION FOR INVESTIGATIVE COSTS
　　　　　　　　　　　)
_____)

Defendant Raymond Hicks ("HICKS"), by and through undersigned court-appointed counsel, respectfully moves this Honorable Court ex-parte for an Order authorizing investigative costs which exceed the $300 Criminal Justice Act ("CJA") cap unless raised by leave of court, and states:

　　1. This case arose from the June 15, 2000 arrest of HICKS along with seven other Co-defendants.

　　2. HICKS is an officer with the Broward County Sheriff's Office ("BSO") who has worked for that law-enforcement organization for approximately fourteen years as a corrections officer and in other capacities.

　　3. The Superseding Indictment charges HICKS in a sole count of conspiracy to posses with the intent to distribute cocaine.

1

154/DM

4. There are hundreds of audiotapes and 135 videotapes related to the physical evidence against all of the Defendants in this case.

5. Based upon the extensive discovery the Government collected in this case, the preparation of an adequate defense for HICK involves a complex and time-consuming review of many materials.

6. To adequately represent HICKS, the undersigned CJA attorney must utilize the services of a private investigator willing to work on CJA cases. The undersigned has met with and spoken with Steve Roadruck ("ROADRUCK") of Roadruck Investigations who is willing to work on this case as long as the $300 cap is lifted to a reasonable amount.

7. ROADRUCK is an eleven-year veteran of the Metro-Dade Police Department and has been a homicide detective. ROADRUCK is requesting that undersigned counsel seek a lifting of the cap for the amount of $2,500 for his involvement in this case. Among other things, ROADRUCK will be reviewing BSO records, interviewing witnesses, and traveling to various locations in Miami-Dade and Broward Counties to properly investigate this case. It is expected that ROADRUCK's work will span several months and culminate with the need for him to testify in court.

8. HICKS is facing a life sentence in the event that he is convicted in this

2

Respectfully submitted,

*/s/ Martin A. Feigenbaum/*
Martin A. Feigenbaum
Florida Bar No. 705144
150 West Flagler Street
Museum Tower 1565
Miami, FL 33130
(305) 372-0946

DATED: October 19, 2000