U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Raymond Hicks (J)#  CASE NO: 00-6162-CR-Roettger (s)
AUSA: Kathleen Rice *present*  ATTNY: Martin Feigenbaum *present*
AGENT:  VIOL:
PROCEEDING: Arraignment on SS Indictment  BOND REC:
BOND HEARING HELD - yes/no  COUNSEL APPOINTED:
____ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

reading of indictment waived
Not Guilty plea entered
... not conceded
...

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: 10-30-00  TIME: 11:00am  TAPE # 00-087 PG # 4

2077-2200   164