UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO 00-6162-CR-ROETTGER
U.S. MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RAYMOND HICKS,
    Defendant.
_____

) DEFENDANT HICKS' EX-PARTE
) MOTION FOR TRANSCRIPTION OF
) PRETRIAL DETENTION HEARING
)

Defendant Raymond Hicks ("HICKS"), by and through undersigned court-appointed counsel, respectfully moves this Honorable Court for an Order authorizing the transcription of his pretrial detention hearing, and states:

1. HICKS was declared indigent by this Honorable Court. Undersigned counsel was appointed by the Court to represent HICKS.

2. On June 23, 2000, the Honorable Lurana S. Snow, U.S. Magistrate Judge, conducted the pretrial detention hearing in this cause. During the hearing Plaintiff United States of America ("Government") called to testify its case agent from the Federal Bureau of Investigation. The agent made statements about the quantity and quality of evidence against HICKS. The testimony of the case agent is crucial to HICKS on the issue of his guilt or innocence.

1

3. Without the transcript of the pretrial detention hearing, HICKS cannot prepare fully an adequate defense in this cause.

4. HICKS attaches a CJA 24 voucher which he respectfully requests this Honorable Court to approve and forward to the Court Reporter's Section of the Court responsible for transcribing the above-mentioned hearing.

WHEREFORE, Defendant Raymond Hicks respectfully moves this Honorable Court for an ex-parte Order granting his request for the transcription of his pretrial detention hearing held on June 23, 2000 so that he will have the opportunity to prepare and present an adequate defense in this cause.

Respectfully submitted,

Martin A. Feigenbaum
Florida Bar No. 705144
150 West Flagler Street
Museum Tower 1565
Miami, FL 33130
(305) 372-0946

DATED: October 30, 2000