DEC 19 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6162-CR-ROETTGER

UNITED STATES OF AMERICA

v

BARRY SMITH, ET AL

NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for <u>FRIDAY JANUARY 5, 2001 at 11:30 A.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

STATUS TO SET TRIAL DATE

CLARENCE MADDOX, CLERK

DATED: 12/12/00

BY: _P. Hart_

Deputy Clerk

