UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO 00-6162-CR-NCR
U.S. MAGISTRATE SNOW

UNITED STATES OF AMERICA,
  Plaintiff,

vs.

RAYMOND HICKS ) MOTION TO WITHDRAW
  Defendant. ) AS CJA COUNSEL FOR
_____ ) DEFENDANT RAYMOND HICKS

Undersigned court-appointed counsel for Defendant Raymond Hicks ("HICKS") respectfully moves this Honorable Court for an Order permitting him to withdraw as counsel of record in this cause, and states:

1. Undersigned counsel was the attorney appointed by the Court to represent HICKS pursuant to the Criminal Justice Act ("CJA") on or about June 16, 2000.

2. HICKS is charged in a single count in the Superseding Indictment with conspiring to posses cocaine with the intent to distribute. Plaintiff United States of America ("Government") has indicated that this case involves approximately 350 kilograms of cocaine.

3. Undersigned counsel was unsuccessful in trying to obtain pretrial release for HICKS. Rather, the Government successfully argued to the Court that pretrial

1

detention was warranted against HICKS and several other Co-defendants.

4. Due to the length of time for which HICKS has been incarcerated, and for other reasons protected by attorney-client privilege, an irreconcilable conflict has arisen between HICKS and his undersigned court-appointed counsel.

5. Undersigned counsel is required by ethical considerations to seek withdrawal from further representation of HICKS at this juncture. It is undersigned counsel's sincere belief that these differences could impact adversely a reasonable and adequate defense for HICKS in this cause. HICKS has stated that he intends to proceed to trial which recently was set by The Honorable Norman C. Roettger for the three weeks commencing August 27, 2001.

6. There are approximately eight full months remaining for substitute counsel to assimilate the information available in this case and have more than sufficient time to adequately prepare with HICKS for his defense at trial.

7. There has not been any prior request for substitution of counsel as to HICKS. Undersigned counsel is willing to reduce by one-half any compensation due him under the CJA program to reduce any financial burden on the CJA program.

8. In light of the existence of irreconcilable differences, the substantial length of time remaining before trial which is more than sufficient to adequately prepare HICK'S defense with substitute counsel, and the undersigned's willingness to

2

reduce any compensation due him as the CJA attorney by one-half, it respectfully is submitted that substitution of counsel for HICKS at this point is fully warranted.

WHEREFORE, Martin A. Feigenbaum, Esq., respectfully moves this Honorable Court for an Order permitting him to withdraw as court-appointed counsel for Defendant Raymond Hicks and appointing substitute counsel for him from the CJA panel in the Southern District of Florida,

Respectfully submitted,

*Martin A. Feigenbaum*
Martin A. Feigenbaum
Florida Bar No. 705144
150 West Flagler Street
Museum Tower 1565
Miami, FL 33130
(305) 372-0946

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail this 10th day of January, 2001, to the counsel of record on the attached Service List and Defendant Raymond Hicks, Register No. 55347-004, c/o FDC-Miami, 33 N.E. 4th Street, Miami, FL 33132.

*Martin A. Feigenbaum*

3

SERVICE LIST

Kathleen Rice, AUSA
U.S. Attorney's Office
500 East Broward Blvd.-7th Floor
Ft. Lauderdale, FL 33394
(fax 954-356-7336)

Richard Diaz, Esq.
2701 S.W. 3rd Avenue
Miami, FL 33129-2335
(fax 305-285-0354)

Jorge Sibila, Esq.
2246 S.W. 1st Street
Miami, FL 33135-1513
(fax 305-541-8300)

Patrick Hunt, AFPD
Public Defender's Office
101 N.E. 3rd Avenue
Suite 202
Ft. Lauderdale, FL 33301
(fax 954-356-7556)

Steven Kassner, Esq.
815 Ponce de Leon Blvd.
Suite 303
Coral Gables, FL 33134-3007
(fax 305-461-2998)

Manuel Gonzalez, Jr., Esq.
782 N.W. Le Jeune Rd.
Suite 318
Miami, FL 33126-5536
(fax 305-442-1043)

Vincent Flynn, Esq.
1221 Brickell Ave
Suite 602
Miami, FL 33131-3260
(fax 305-858-7787)

Michael Entin, Esq.
1 East Broward Blvd.
Suite 1500
Ft. Lauderdale, FL 33301
(fax 954-522-7003)