COURT MINUTES

U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE

DEFT: RAYMOND HICKS (J)#   CASE NO: 00-6162-CR-ROETTGER
AUSA: KATHLEEN RICE N/A   ATTNY: MARTIN FEIGENBAUM — pres
AGENT: Sealed   VIOL:
PROCEEDING: MOTION TO WITHDRAW   BOND REC:
BOND HEARING HELD - yes/no   COUNSEL APPOINTED:

FILED by _____ D.C.
JAN 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

____ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) _____ Halfway House
    _____ Electronic Monitoring

Motion heard -
Feigenbaum allowed
to w/draw
new counsel to
be appointed

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:   Sealed Tape

DATE: 1-29-01   TIME: 11:90am   TAPE # 01-008   PG # 292/82