UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER/SNOW

UNITED STATES OF AMERICA,          :

      Plaintiff,                  :

v.                                 :

BARRY SMITH, et al.,               :

      Defendants.                 :
_____

### O R D E R

THIS CAUSE is before the Court on counsel's Motion to Withdraw as CJA Counsel for Defendant **Raymond Hicks** (DE 183), which was referred to United States Magistrate Judge, Lurana S. Snow. A hearing was held on the motion on January 29, 2001. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Martin Feigenbaum, Esquire, is hereby released from any further duties in this cause. Substitute counsel has been appointed by separate order. It is further

ORDERED that Martin Feigenbaum, Esquire, furnish a copy of this Order to all counsel noted below.

DONE AND ORDERED at Fort Lauderdale, Florida, this ___ day of February, 2001, nunc pro tunc January 29, 2001.

                                LURANA S. SNOW
                                UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Kathleen Rice (FTL)          Randee Golder, Esq.
Richard Diaz, Esq.                AFPD Patrick Hunt (FTL)
Manuel Gonzalez, Jr., Esq.        Michael Entin, Esq.
Steven Kassner, Esq.              Ruben Garcia, Esq.
Vincent Flynn, Esq.