UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-Cr-ROETTGER/SNOW

UNITED STATES OF AMERICA

v.

RAYMOND HICKS, et al.
_____/

## MOTION FOR BILL OF PARTICULARS

The Defendant, RAYMOND HICKS, through counsel, respectfully moves for a Bill of Particulars, pursuant to Rule 7(f), Federal Rules of Criminal Procedure. This Defendant is only charged in Count One of the Indictment. The Defendant seeks the following information as to Count I, the Conspiracy count.

1. State which defendants are alleged to have conspired with the Defendant, RAYMOND HICKS, and which Government witnesses claim to have observed the defendant entered into the alleged conspiracy, and the place(s), time(s) and date(s) Raymond Hicks is alleged to have conspired to possess with intent to distribute in excess of five kilograms of cocaine in the Southern District of Florida.

2. The Indictment charges that the Conspiracy started "from as early as December 1996 through in or about September 1999." This is a period of about 33 months. Without specific information as to places, times, and dates the Defendant is required to reconstruct event that transpired over 4 years ago. The purpose of this specific Bill of Particulars, as compared to a boilerplate Bill of Particulars, is to enlighten the defendant and the Court as to who are the co-conspirators and what specifically, within the scope of the statute, this Defendant is alleged to have done and to identify



the individual(s) who claims to have seen the Defendant, RAYMOND HICKS, conspire to possess cocaine. The Defendant is entitled to a basic understanding of the alleged violation so he can prepare a defense; without this information the defense can not adequately prepare to challenge the witnesses at trial.

5. The Defendant is presumed ignorant of all activity. The basic request herein are appropriate under Rule 7(f).<u>United States v. Perz,</u> 489 F.2d 51 (5th Cir. 1973); <u>United States v. Bearden,</u> 423 F. 2d 805, 809 (5th Cir. 1970); <u>United States v. Tanner,</u> 279 F. F. Supp. 457, 476 (N.D. Ill. 1974).

**OVERT ACTS AS STATED BY THE GOVERNMENT IN THE INDICTMENT**

The Government, in the Indictment, list 5 Counts in the instant case. The Defendant, RAYMOND HICKS, is mentioned only in the conspiracy counts. The Defendant, RAYMOND HICKS, denies entering into the alleged conspiracy and ask the Government to say with who and when is the Defendant alleged to have conspired.

WHEREFORE, the Defendant, RAYMOND HICKS, moves for disclosure of a Bill of Particulars as set forth herein.

RUBEN M. GARCIA
1209 S.E. 3rd Avenue
Ft. Lauderdale, Fl 33316
(305) 462-4600

By _____
Ruben M. Garcia, Esq.
Fla. Bar #510475

**88.9 CERTIFICATE**

COMES NOW undersigned counsel and pursuant to Local Rule 88.9, and states that counsel has contacted Assistant United States Attorney, KATHLEEN RICE, Esq. regarding the instant case and matter and the Government objects to the granting of this motion.

RUBEN M. GARCIA. ESQUIRE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the following has been furnished by U.S. Mail to Kathleen Rice, Esquire, Assistant United States Attorney in charge of this case at 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394, and to all counsel named on the attached list this 20th day of February, 2001.