UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO: 00-6162-Cr-ROETTGER/SNOW

v.

RAYMOND HICKS, et al
_____/



### MOTION FOR IMMEDIATE REVIEW OF DETENTION STATUS AND AUTOMATIC RELEASE, PURSUANT TO 28 U.S.C., §3164

Defendant, RAYMOND HICKS, by his court-appointed attorney respectfully moves this Honorable Court for his release on his personal recognizance and/or to set a Reasonable Bond. As grounds for this motion, Defendant's attorney states:

1. Defendant is charged in one count, of a multi defendant, Five Count Superseding Indictment, with violation of, Count One: Title 21 §846 (conspiracy to posses with intent to distribute cocaine under the Controlled Substances Act.

2. On June 23, 2000 a detention hearing was held before the Honorable Magistrate Judge Lurana S. Snow, at which time Magistrate Judge Snow found that HICKS pertinent history and characteristics demonstrated strong ties to this community and no criminal record, and that the defendant did not appear to be a risk of flight. 18 U.S.C. §3142 (g)(3)(A) and (B).

3. Conversely, Magistrate Judge Snow found probable cause to believe that the defendants conspired to posses with intent to distribute a very substantial amount of cocaine, an offense punishable by more than ten years under the Controlled Substance Act, 21 U.S.C. §801, et seq. Accordingly, the Court found that

HICKS constituted a danger to the community. 18 U.S.C. §3142 (g)(4). The Defendant was pre-trial detained and has now been incarcerated at the Federal Detention Center in Miami for eight (8) months.

4. The Defendant argues that he is not a danger to the community, or to any person in particular. HICKS maintains that he is innocent of the charge in the Superseding Indictment and that he has been a law abiding citizen throughout his life. HICKS was born in Vero Beach, Florida on June 28, 1965, he is 35 years of age. He is, by birth, a United States citizen.

5. The Defendant is a lifetime South Florida resident and at the time of his arrest he resided at 3131 N.W. 43rd Place, Oakland Park, Florida, 33309 with his wife and two children. The only time the Defendant has resided away from South Florida is while attending Missouri Southern State College for three years.

6. The Defendant is married to Patrice Hicks and resided with her until his arrest. The couple have two daughters and are also raising a niece.

7. Defendant's wife is employed by the United States Postal Service, she has been so employed during the past twelve years.

8. HICKS has no prior criminal record.

9. The Defendant, until the time of his arrest, was a Broward County Detention Deputy with 14 years of service during which time he was recognized by the Broward Sheriff's Office as Deputy of the Month during March, 1997 and again in July, 1999. In January 1997 HICKS was nominated for the Silver Cross Award after he sustained major injuries to both his hands which required surgery and

extensive therapy when he went to the assistance of Sgt. K. Dourvetakis when a 6'2", 240 lbs inmate attacked Sgt. Dourvetakis. In November 1999 HICKS was awarded the Gold Cross Award by the Broward Sheriff's Office. (A copy of those awards and letters of commendation are hereby attached).HICKS also worked as a Drill Instructor with the Broward County Sheriff's Office Military Training Unit (Boot Camp) for young offenders. Hicks was consistently praised for his "hard work" and dedication to his job helping "kids" to graduate and turn their lives around. HICKS received praise for his dedication from his superiors and also from the "CADETS." HICKS cadets took the time out to prepare 5 page thank you note in which each cadet thanked HICKS in his own words (a copy is hereby attached for the Courts review).

10. The Defendant's mother, Bernice Hicks resides in South Florida and HICKS has extensive family ties in the South Florida community. HICKS roots in the community go beyond those of his immediate family - attached are character evaluations and references from Mayola Johnson, Gladys M. Clarke, Richard B. Lee Jr., Shelly Bernard Powers, Monica Walden, George White, Bernard McCormes, Jerome and Traci Daves, Robert Jennings, Reverent Jerome & Mrs. Ollie Brown. Without exception HICKS is described by these people as gentle, dedicated, fair, a role model always volunteering his time to Broward Youth activities. HICKS is described by all as "truly good at heart."; "someone you can count on for support" and as having outstanding values and morals. HICKS is described in these letters as a person who encourages young people to stay in school, and avoid drugs. HICKS is considered by friends and co-

workers as a man "sincerely compassionate" "giving his last" "concerned about children and the elderly" "counseling youngsters." HICKS is described as a professional and someone that would never do anything to tarnish his good reputation, "a positive leader and a positive inspiration to plenty of people." None of the these people consider HICKS a danger to the community - each and everyone of these people consider RAYMOND HICKS a gentle giant, a kind and caring man, willing to help anyone, a good husband and father to his two daughters and as a man who along with his wife have taken on the responsibility to raise Mrs. Hick's niece. It is interesting to note that the people who wrote these letters have known the Defendant from a minimum of 8 years, and most have formed their opinions about HICKS over the course of from 10 to 20 years and none think he is a risk to the community.

11. In so far as undersigned counsel can tell the allegations against HICKS are that he transported cocaine to North Florida and that he provide information to, and was willing to use his "Badge" to assist co-defendant Barry Smith. This case appears to be complex and the discovery voluminous, the Government reports that the discovery involves 135 video tapes, 480 audio tapes and will require considerable time to review, plus extensive investigation. Undersigned counsel has just been appointed and this case is set for trial on August 27, 2001. If the Defendant is out on bond he will be able to assist counsel in these investigations.

12. Attached is an FBI Report FD-302 transcribed on 9/28/99, from an investigation conducted on 9/27/99, where in paragraph 3 co-defendant Barry Smith is quoted as saying:

"Raymond Hicks is a friend" "that Smith does not pay Hicks money for information or favors" "Hicks purchased Smith's Mercedes" "Smith has loaned money to Hicks in the past" "Hicks has not transported drugs for Barry Smith" and, "has not to Barry Smiths knowledge, stated that he would "badge his way out of trouble" if stopped by police."

12. Undersigned counsel has spoken to Mr. Hick's wife, Patrice Hicks, and she informed counsel that she will co-sign any bond set by this Honorable Court and that the value of the purchase price of their home was approximately $113,000. and that it is now appraised at approximately $130,000. and she estimates their equity to be approximately $27,000. Mrs. Hicks is employed as a clerk by the United States Post Office for over 12 years, her salary is a little over $40,000 annually. Mr. Hicks Mother, Bernice Hicks, is willing to co-sign the bond and put-up her trailer as collateral. Others willing to co-sign a bond are Preston McDurrows; Rufus Lagree; and Mayola Johnson.

13. Other matters to be argued ore tenus.

WHEREFORE, based on the foregoing reasons, this Court is respectfully urged to reconsider and order the Defendant released on his own recognizance or released on a reasonable bond, one that is commensurate with his true financial situation.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed to Kathleen Rice, Esquire, Assistant United States Attorney at 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394 and to all counsel of record named in the attached list this 19th

day of February, 2001.

Ruben M. Garcia, Esquire
1209 S.E. Third Avenue
Ft. Lauderdale, FL 33316
(954) 462-4600

By: _____
    Ruben M. Garcia, Esq.
    Fla. Bar #510475

## 88.9 CERTIFICATE

Pursuant to Local Rule 88.9 undersigned counsel has contacted Kathleen Rice, Esquire, The Assistant United States Attorney in-charge of this case and matter, and the Government is opposed to the granting of this motion.

_____
Ruben M. Garcia, Esq.

Counsel List

UNITED STATES v. RAYMOND HICKS, et al
CASE NO.   00-6162-Cr-ROETTGER/SNOW

Richard Diaz, Esq.
2701 S.W 3rd Avenue
Miami, Fl 33129-2335

Randee Golder, Esq.
P.O. Box 3756
Boyton Beach, Fl 33424

Patrick Hunt, AFPD
101 N.E. 3rd Avenue
Suite 202
Ft. Lauderdale, Fl 33301

Steven Kassner, Esq.
815 Ponce De Leon Blvd.
Suite 303
Coral Gables, FL 33134-3007

Manuel Gonzalez, Esq.
780 N.W. 42nd Avenue
Suite 318
Miami, Fl 33126-5536

Vincent Flynn, Esq.
1221 Brickell Avenue
Suite 602
Miami, Fl 33131-3260

Michael Entin, Esq.
One East Broward Blvd.
Suite 1500
Ft. Lauderdale, Fl 33301

Ruben M. Garcia, Esquire
Attorney for HICKS
1209 S.E. 3rd Avenue
Ft. Lauderdale, FL 33316
(954)462-4600
FAX: (954)462-0828

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription     9/28/99

        Special Agent(SA) Andrew W. Thompson advised Barry
Smith of the purpose of the meeting and asked if Barry Smith had
any questions about what had previously been discussed.
Assistant United State Attorney(AUSA) Theresa Van Vliet told
Barry Smith that a federal investigation of Barry Smith's
activities has been pending for a long time and that Barry Smith
was being given the opportunity to come forward and assist law
enforcement.  Barry Smith was advised that he was not under
arrest and was free to have an attorney present.  Barry Smith
declines to have an attorney present and agreed to speak with law
enforcement.  AUSA Van Vliet advised Barry Smith that he needed
to provide accurate, complete and truthful information.  Barry
Smith voluntarily provided the following information:

        Barry Smith advised that he used to deal in narcotics,
but has not done a drug deal in approximately one year.  Smith
stated that he knows people in Albany, Georgia, but does not do
any drug transactions there.  Barry Smith knows Kaotris Knight,
a.k.a; "T".  Barry Smith does not work with Sam Jones.  Jones has
his own connections and works his own deals.  Jones is just an
acquaintance who visits Barry Smith when he is in town.  Barry
Smith was aware that Sam Jones was arrested, but did not bail
Jones out of jail.  Jones' mother has connections with law
enforcement.

        Raymond Hicks is a friend of Barry Smith's.  Barry
Smith does not pay Hicks money for information or favors.  Hicks
purchased Barry Smith's Mercedes and Barry Smith has loaned Hicks
money in the past.  Hicks has not transported drugs for Barry
Smith, and has not to Barry Smith's knowledge, stated that he
would "badge his way out of trouble" if stopped by police.

        Sterling Palmer is also a friend of Barry Smith's.
Palmer does not work with Barry Smith.  Palmer has his own
connections and deals in "nickel bags" of marijuana.

        Barry Smith stated that he was unaware that Bernard
Smith and Jones had discussed the initial contact with Barry
Smith by SA(s) Thompson and Tom H. Harvey, Jr..  A tape recording
of the telephone conversation between Bernard Smith and Jones
was played for Barry Smith.  Barry Smith was advised that his

---

Investigation on     9/27/99     at Fort Lauderdale, Fl

File # 245F-MM-88061                              Date dictated     9/28/99

        SA(s) Andrew W. Thompson & Tom H. Harvey Jr
by   AUSA(s) Theresa Van Vliet & Kathleen Rice

00008

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;

**RON COCHRAN**
**SHERIFF**
**BROWARD COUNTY**
**P.O. BOX 9507**
**FORT LAUDERDALE, FL. 33310**

**DATE:**       March 7, 1997

**MEMO TO:** Superintendent Willie Roberts

**FROM:**       Sgt. K. Dourvetakis,  Bravo Shift Main Jail, RDO Sgt.

**SUBJECT:**  **SILVER CROSS AWARD**
                      **Deputy R. Hicks #4693**

I am highly recommending Deputy Raymond Hicks for the Silver Cross Award.
Deputy Hicks showed his selfless dedication and courage in an unusual incident that
occurred on January 13, 1997.

Deputy Hicks and I responded to the eighth floor to remove inmate Bennefield from
the eighth floor. Bennefield was to be relocated per classification after completing his
lockdown time. When I entered the cell and attempted to initiate a conversation with
Bennefield he became physically violent punching me in the face. Deputy Hicks
responded instantly utilizing the force necessary to restrain Bennefield and together we
were able to secure Bennefield. It should be noted that Bennefield is 6'2", 240lbs, and
was a prior patient on the psychiatric ward. As a result of this incident Deputy Hicks
sustained major injuries to both of his hands which required surgery and extensive
therapy.

I would like to reiterate that Deputy Hicks is my choice for Silver Cross Award as
well as the Employee of the Month for the Department of Corrections and
Rehabilitation.

cc:     Lt. R. Huff
        Dep. R. Hicks

Office of the
# Sheriff

Broward County
Post Office Box 9507
Fort Lauderdale, Florida 33310

April 1, 1997

**97-014**

Deputy Raymond Hicks
Broward County Sheriff's Office
555 S.E. 1st Avenue
Ft. Lauderdale, FL 33301

Re:    Deputy of the Month

Dear Deputy Hicks:

Congratulations on being selected Deputy of the Month for March, 1997.

You are commended for your exceptional work performance and your dedication to the Broward Sheriff's Office.

By being selected for this Award, you have exhibited the professionalism and commitment that we strive to maintain and have set an example for your fellow employees.

Sincerely,

WILLIE G. ROBERTS
Superintendent, Main Jail Bureau
Department of Corrections and Rehabilitation

WGR/dmc



# Deputy of The Month

★
★
★
★
★
★

**In recognition of outstanding performance**

*Deputy Raymond Hicks*

is hereby presented with this certificate of Deputy of the Month for March. In recognition of exceptional work performance and commitment to the goals set forth by the Broward Sheriff's Office.

PRESENTED ON APRIL SECOND,
NINETEEN HUNDRED NINETY SEVEN

1997



# Deputy of the Month

**In recognition of outstanding performance**

*Deputy Raymond Hicks*

**is hereby presented with this certificate of Deputy of the Month for July, 1999. In recognition of exceptional work performance and commitment to the goals set forth by the Broward Sheriff's Office.**

1999

PRESENTED ON AUGUST FIRST,
NINETEEN HUNDRED NINETY NINE



**RON COCHRAN**
**SHERIFF**
**BROWARD COUNTY**
P.O. BOX 9507
FORT LAUDERDALE, FL 33310

**DATE:** June 8, 1996

**MEMO TO:** Drill Instructors Raymond Picks and Gary Leonard
Military Training Unit

**FROM:** Sgt. Kim Spadaro (Columbus)
Military Training Unit

**SUBJECT:** LETTER OF COMMENDATION

On Friday, June 07, 1996, the B.S.O. Boot
graduation ceremonies for the Bravo 9 pla...
 ... an announcement was made that...
...ended the most disciplined platoon to hav...
... Young Camp.

I would like you to know that I credit this disci...
to the two of you, the lead Drill Instructors of B...
Because of your determination and hard work, the...
graduate and have an opportunity to chang...
their lives around.

I commend you both for a job well done. Keep up the...
...siasm.

...rector Linda A. Wood
...Joseph Crane



**RON COCHRAN**
**SHERIFF**
**BROWARD COUNTY**
P.O. BOX 9507
FORT LAUDERDALE, FLORIDA 33310

JC96-170

**DATE:** October 3, 1996

**MEMO TO:** Deputy Raymond Hicks

**FROM:** Lieutenant Joseph Crane, Military Training Unit Commander
Division of Community Corrections

**SUBJECT:** LETTER OF COMMENDATION

On behalf of the Broward Sheriff's Office, Administration, I would like to commend you for a job well done. You are commended for the leadership skills you demonstrated at the March 10 Graduation. You and the Bravo Platoon did an excellent job – keep up the good work.

JC/gb

cc:
Sheriff Ron Cochran
Chief Henry Templeton
Director Susan McCampbell
Assistant Director Linda Wood
Sergeant Kim Spadaro
Sergeant Chris McCreavy
Sergeant Jonel Nede

June 27, 2000

To Whom It May Concern,

I am writing this letter concerning Detention Deputy Raymond Hicks. I have known Raymond for eleven (11) years. In that time, I have always observed him as being a man with outstanding values and morales.

Raymond is someone that you can count whenever you need moral support. This is something that I have experienced for myself.

When my husband (a former BSO deputy) became ill prior to his passing away, Raymond was there giving me moral support daily. Rather it was in the hospital, at home, or on the telephone he was always there to offer his support.

Raymond and his wife are the Godparents of my children, this is a gesture that he expressed he would like to do after my husband passed away. He wasn't obligated in anyway to be apart of my family's life, but he did it because he's such a caring person. Just knowing that I have him to give a helping hand and some guidance with my children is such a blessing.

Raymond has been a positive role model to the youth for so many years. Encouraging them to make the right choices in life, to stay in school, work hard, and live a drug-free life. Helping the youth and protecting the youth is something that I have always known him to do.

I do not believe these allegations against him, nor do I believe that he is a danger to society.

Allow Raymond to be with his family. Allow him to continue to be that positive role model that he has always been for the youth.

If I can be of any further assistant, please feel free to contact me. Mayola Johnson, home number 720-2182, cell phone number 235-1252 or E-Mail BumpieJohnson@AOL.com.

Sincerely,

Mayola Johnson

June 27, 2000

Dear Sir or Madam:

This is a letter of character for Raymond L. Hicks. As a Supervisor and Friend I've known Raymond for more than 13 ( thirteen ) years. He has always shown sincere concern and compassion for his fellow man. Raymond has always been especially concerned for children and older people. Personally I've seen him give his last to someone who was in need. I've witnessed him counsel youngsters to the point where he will bring tears to their eyes as well as his for the sadness of the child's situation. He is always counseling young children trying to direct them in the right direction. Several young people who were incarcerated, he has had great influence on not returning to jail, helping them to get reliable employment, teaching them personal responsibilities as well as helping them morally and financially as much as possible. He has worked with community troubled youths coaching, sponsoring cook out, picnics and field trips many years successfully without incidents. He's often told me he does good for the kids because as a child he didn't have these things.

I honestly believe if Ray was connected in any way with the alleged charges, he was not aware. He has such a kind heart and will help any one he see is in need. He may have been used and because of his kindness he may have been a scapegoat. I've never known Ray to do anything to jeopardize the welfare of his Family, Friends, Neighbors, Co-workers and most of all himself. He always conducts himself in a professional manner and never doing anything to tarnish his reputation.

In analyzing his situation, I pray the true goodness of his character will be taken in consideration. The goodness in his heart and the display of righteousness he does to and for others. Ray is a positive leader and a positive inspiration to plenty people.

Sincerely,

Gladys M. Clarke
Sergeant Broward County Sheriff
Department of Detention

June 27, 2000

To:   Whom It May Concern

Subject:   Raymond Hicks

For the past fourteen years, I have known Raymond Hicks as a young man that always willing to assist others. He has helped so many youth defenders get jobs and redirect their lives. They would even call his home for advice. I found him to be concerned with the direction the teenagers were going in their lives. Also, I've seen Raymond very active in the community such as, coaching high school and little league football teams.

Not only has he earned the respect and appreciation from his family and friends, but Raymond also has received a lot of letters of accommodation in dealing with troubled youth while working at the Boot Camp.

Respectfully Submitted,

Richard B. Lee, Jr.

*June 29, 2000*                                        *5801 N W 57 ct k-211*
                                                       *Tamarac, Fl 33319*


*To whom it may concern:*

*We would like to submit this letter as a character reference, on behalf of Raymond Lamar Hicks. I Shelly Bernard Powers and Dorothy D Powers have know Raymond Hicks for 13 yrs.*

*He is a loving husband and provider for his family a father of two beautiful girls, Martice and Raven and also recently he is taking care of his niece. As long as we have know him he has proven himself to be a law-abiding citizen. He goes out of his way to help other regardless of nationality.*

*He is the type of person that young men and children look up to as (big brother or father figure) and he is a role model to a lot of young men and children.*

*Raymond has dedicated his adulthood to counseling troubled youth about doing the right thing and to obey the law.*

*Raymond is a person that has a good heart and kind spirit that's why the allegation brought against him is false and unjust. We believe that he should be released on his on recognizance or bond reduced so he may be able to provide adequate representation. We appreciate your time in reading this letter and may God touch your heart in making your decision. And may God bless you…*

*Sincerely Yours*


*Shelly Bernard Powers*

*And*

*Dorothy Denise Powers*

To whom it may concern:

I Monica Walden have known Raymond Hicks for 10 years. I can tell you for a fact that he is not a threat to society. This young man has been nothing but a great help to me and my children. When I was having parental problems with my 11 year old son, he stepped in and gave me the proper procedur on dealing with my son, just as well as giving me corrective criticism on my outlook of parenta guidelines. When I needed a shoul to cry on, Raymond has always been that leaning post. I have two children (a son and daughter) But love Raymond with all of there little hearts. Raymond doesn't have to make a sound just his presence alone sheds love and gentleness.

Thank You,
Monica Walden

June 27, 2000

To: The Honorable Judge Presiding

This letter serves as a reference of character for Raymond Hicks.

I, George White, hearing the denial of bond for Raymond due to the fact of his character being in question find this totally appalling.

I've known Raymond for eight years and it should be noted that I trust him with my welfare as well as the welfare of my wife and children. Raymond has always displayed a great deal of respect for my home as well as his own. Several times through the years Raymond has given me great moral support in all my endeavors of life. To say that Raymond is a safety risk to anyone is unfair of his character for those of us who know him.

I feel if given the opportunity for bail, Raymond would respectfully

guidelines that are necessary.

I pray that you would take under
consideration that Raymond is a loving
husband and most of all a caring father
and to all of us who know him - a
loyal friend.

Your honor, please give great thought
for a recommendation of a fair
bond.

Respectfully,

George White

## *TO WHOM IT MAY CONCERN*

It's a pleasure to write this letter for consideration for Raymond Hicks. I have known Raymond Hicks for thirteen years . He has been my neighbor for 5 years. Mr. Hicks has worked with me at the Broward Sheriff's office for thirteen years. He was always a hard working employee who was always willing to put forth extra effort to get the job done. He always exhibited good habits on the job. Since Mr. Hicks has been my neighbor he has volunteered a lot of time with the kids in the area. Mr. Hicks has been a shining example for our neighborhood .

**SINCERELY**

**Bernard McCormes**

June 27, 2000

Jerome & Traci Daves
1595 Cove Lake Rd.
North Lauderdale Fl. 33068

To Whom it May concern.

Let this letter serve as a reference from a true friend. We have known Raymond Hicks
for about 12 years, on a professional level. I have worked with him and have gone out
with him. Raymond has always displayed a professional way about him. What comes
to my mind when I think about this sututition is being in the wrong place at the wrong
time or being guilty by association, I have total trust in Raymond. I know he will come
out of this. Raymond has a family, two beautiful daughters and a lovely wife who I'm
sure miss him dearly. It hurts me and my family to see this happening to him and his
family. I will be in his corner 100%, because I believe in him. He doesn't deserve to
be where he's at. In closing if I'm needed, I can be reached at (954) 977-4320.

Sincerely,
Jerome Daves
Traci Daves

June 28, 2000

To Whom It May Concern:

This letter serves as a favorable reference for Mr. Raymond Hicks.

I have had the pleasure of knowing Mr. Hicks as a youth and as a professional. As a young boy growing up in Vero Beach, Florida, I met Raymond in 1980, at the age of 10. At that time, he was a standout athlete on various championship teams, while I was an incoming rookie hoping to survive. I specifically remember Raymond taking time to ensure that no one took advantage of me (although he didn't know me). That's the type of person he is-- a true leader. In fact, it seems quite appropriate that he'd pursue a career in law enforcement because he always upheld justice. Furthermore, I can verify that Mr. Hicks' family is also of great integrity, and that is obvious in his upbringing. With this, Mr. Raymond Hicks has always conducted himself as a gentleman of outstanding moral character during the 20 years in which I've known him.

It's interesting to note that both he and I come from a small, impoverished community and escaped its negativity by attending college. Consequently, he became one of Broward County's most recognized and reputable deputies. He is highly respected for his fairness, loyalty, and swift apprehension of criminals. In essence, Mr. Hicks is an honorable man of the law who is truly a great asset to the Broward Sheriff's office.

As for myself, I have since become a veteran Broward County teacher. Coincidentally, Raymond's daughter, Martice, was my star student in Social Studies this past school year. In this position, I've observed Raymond's overwhelming dedication to his family. Whether it be him attending various school events and activities, or volunteering his time to Broward youth, Raymond has always been an ideal role model.

In sum, rarely do we encounter individuals that are truly good people at heart. Mr. Raymond Hicks is one that has always been a positive influence in my life, as well as countless others. His numerous righteous deeds have overflowed this community, and it's a shame, outrage, and virtually a crime that anyone would think, suggest, or imply otherwise.

Please contact me if you have any further inquiries concerning the suitability of Mr. Hicks.

Sincerely,

*Robert Jennings*

Robert Jennings
Broward County Educator

The Ministry Of Touching Li:
P. O. Box 25981
Tamarac, FL   33319

To whom it may concern:

It is a priviledge as well as our
pleasure to write this letter on behalf
of Raymond Hicks.

We have known Raymond, approximately
ten (10) years, and in this time Raymond
has shown himself to be a kind, concern
and gentle person, with a zest of energy
and inspiration to help others as well a
the youth throughout our communities.

Being a young man of "Great Stature,"
one would think of bruteness and
limited forms of intimidation, but being
the "Gentle Giant" as we affectionately

(2)

know him, these borders were long erased and forgotten in the minds of those who learned to know this individual as a very respected and well loved citizen in our community.

We pray that these words of confirmation of character, for Raymond J. Hicks, will be of the utmost in enlightening those, who need to know and respect the general needs of Raymond and his family at this precise time.

In His Care

Rev. Jerome & Mrs. Ollie Brooks

August 29, 1998

Al Hendrickson Toyota
5201 West Sample Road
Coconut Creek, Florida 33073

Dear Mr. Hendrickson Sr. & Jr.

I recently purchased a new Toyota Camry from you organization and I wanted to take a
few minutes to let you know how pleased I am with the car and with the sales representa-
tion I received from Mr. Raymond Hicks on your staff. Among other things, Mr. Hicks
impressed me as being a person of integrity who goes out of his way to do an outstanding
job of representing your organization to customers and to the surrounding community.

During the course of purchasing my car, I also learned that Mr. Hicks and his wife
occasionally sponsors youth activities. In view of this, and in appreciation for the
excellent service I received from Mr. Hicks, I am enclosing a small check with the
thought that he could apply it toward a worthwhile activity of his choice.

Sincerely,

James Cooper
373 N.W. 4th Diagonal, Apt. 303
Boca Raton, Fl 33432

enclosure