UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER/SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| RAYMOND HICKS, | ) |
| Defendant. | ) |

## GOVERNMENT'S RESPONSE TO DEFENDANT RAYMOND HICKS' MOTION FOR BILL OF PARTICULARS

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and files its response to the defendant, Raymond Hicks' motion for bill of particulars, and states as follows:

1. On June 15, 2000, a five count indictment was returned by a Federal Grand Jury in the Southern District of Florida charging eight individuals, including Defendant Raymond Hicks, with narcotics violations. Defendant Hicks is charged in Count One of the indictment. This indictment was subsequently superseded to reflect that from December 1996 through September 1999, Defendant Hicks conspired with seven other individuals and with persons known and unknown to the Grand Jury to possess with intent to distribute in excess of five kilograms of cocaine.

2. A defendant may not use a bill of particulars to compel the government to provide the



essential facts regarding the existence and formation of a conspiracy. *United States v. Rosenthal*, 793 F.2d 1214, 1227 (11th Cir. 1986). The government is not required to provide defendants with all overt acts that might be proven at trial. *United States v. Kilrain*, 566 F.2d 979, 985 (5th Cir.1978). Further, a defendant is not entitled to a bill of particulars with respect to information which is already available through other sources such as the indictment or discovery and inspection. *United States v. Colson*, 662 F.2d 1389, 1391 (11th Cir.1981).

3. The Government has provided all of the videotapes, audiotapes and line sheets created in connection with the conspiracy charged in this case. In addition, the Government has provided numerous police reports and other documents detailing the organization's activities. Finally, at the pretrial detention hearings in this matter, the Government provided an overview of the case against Defendant Hicks.

WHEREFORE, the Government respectfully requests that the Defendant's motion for bill of particulars be denied in its entirety.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255, ext. 3512
Fax: (954) 356-7336

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 6th day of March, 2001, to: Ruben M. Garcia, Esquire, 1209 S.E. 3rd Avenue, Fort Lauderdale, Florida 33316.

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

3