UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER/SNOW

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,            )
                                   )
vs.                                )
                                   )
RAYMOND HICKS,                     )
                                   )
              Defendant.           )
_____)

**GOVERNMENT'S RESPONSE TO DEFENDANT RAYMOND HICKS'
MOTION FOR PRODUCTION OF RELEVANT STATEMENTS
OF PERSONS WHO ARE NOT PROSPECTIVE GOVERNMENT WITNESSES**

COMES NOW, the United States of America, by and through the undersigned Assistant

United States Attorney, and files its response to the defendant, Raymond Hicks' motion for

production of relevant statements of persons who are not prospective government witnesses, and

states as follows:

The Government is aware of its obligations under *Brady v. Maryland,* 373 U.S. 83

(1963), and its progeny, and has complied, and will continue to comply, with these obligations.

With respect to any statements of prospective Government witnesses, those statements will be

provided in the manner established under the Jencks Act. At this time, the Government is

unaware of any relevant statements pertaining to Defendant Hicks of persons who are not

prospective Government witnesses.

WHEREFORE, the Government respectfully requests that the Defendant's motion for



production of relevant statements of persons who are not prospective Government witnesses be

denied in its entirety.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:  _____

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255, ext. 3512
Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by

United States mail this 6th day of March, 2001, to: Ruben M. Garcia, Esquire, 1209 S.E. 3rd

Avenue, Fort Lauderdale, Florida 33316.

_____

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

2