UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER(S)/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAYMOND HICKS, et al,

    Defendant.
_____/

## MOTION FOR INVESTIGATIVE FEES

The Defendant, RAYMOND HICKS, by and through undersigned counsel moves this Honorable Court to grant the Court's authority for investigative fees in the amount of One thousand dollars ($1,000.) and as ground therefore states as follows:

1. Counsel for Defendant, RAYMOND HICKS, was appointed to represent the Defendant under the provisions of the Criminal Justice Act.

2. The Defendant, RAYMOND HICKS, is charged with narcotics violations, Defendant HICKS is charged in Count One of the Indictment. This case is complex in that there are 31,000 documents, 138 video and 483 audio tapes. A preliminary evaluation indicates that undersigned counsel will require an investigator to assist him during preparation and during trial.

3. Previous Counsel has hired Roadruck Investigations, Inc. to assist him in the preparation of Mr. Hick's case, those funds have been spent. Undersigned counsel will need investigative services in preparation and during the conduct of the trial and it is estimated that a total of 150 hours will be necessary for accomplishing the formidable task this case represents to a sole practitioner.

4. The total investigative cost projected for Mr. Hicks does not exceed the Courts authority of $1,000.00.

WHEREFORE the Defendant request this Honorable Court to grant this Motion to approve payments for Investigative services and to exceed the Courts authority for said investigative fees.

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered to Kathleen Rice, Esquire, Assistant United States Attorney this 9th day of March, 2001.

Respectfully submitted,

RUBEN M. GARCIA, ESQUIRE
1209 S.E. 3rd Avenue
Ft. Lauderdale, Fl 33316
(954) 462-4600
Fax: (954( 462-0828

By: _____
Ruben M. Garcia, Esq.
FBN: 510475