UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER(S)/SNOW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RAYMOND HICKS, et al,

        Defendant.

_____/



## MOTION FOR FEES TO REPRODUCE DISCOVERY: AUDIO/VIDEO TAPES AND DOCUMENTS

The Defendant, RAYMOND HICKS, by and through undersigned counsel moves this Honorable Court to grant the Courts authority for fees to reproduce video/audio tapes and discovery documents:

1. Counsel for Defendant, RAYMOND HICKS, was appointed to represent the Defendant under the Criminal Justice Act.

2. The Defendant, RAYMOND HICKS, is charged with narcotics violations, Defendant HICKS is charged in Count One of the Indictment. this case is complex and involves voluminous documents as to justify a comprehensive and detailed examination of the 31,000 pages of discovery provided to International Legal Reprints; and, 138 video tapes, plus 483 audio tapes by the Government as discovery in the instant case.

3. Counsel was informed that the cost of reproducing the above cited discovery is $11,000.

WHEREFORE the Defendant request this Honorable Court to grant this Motion to approve payment for said discovery.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been hand delivered to Kathleen Rice, Assistant U.S. Attorney,



this 9th day of March, 2001.

Respectfully submitted,

RUBEN M. GARCIA, ESQUIRE
1209 S.E. 3rd Avenue
Ft. Lauderdale, Fl 33316
(954) 462-4600
Fax: (954( 462-0828

By: _____
    Ruben M. Garcia, Esq.
    FBN: 510475