HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by _____ D.C.
1  2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 00-6162                     Date: 9 March 01
Courtroom Clerk: C. Pressman          Court Reporter: J. Reeves
Probation Officer: _____            Interpreter: _____

Plaintiff(s): USA                     Counsel: Rice

Defendant(s): Smith, Barry            Counsel: Golder
              Smith, Bernard                   Latin
              Aiken                            Garcia
              Hicks                            Gonzalez
              Nelson                           Flynn
              Walker

Reason For Hearing: Status

Result of Hearing/Judgment: Est 3 weeks
Set Aug 27, 2001

Misc.: _____