UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER/SNOW

UNITED STATES OF AMERICA,      :
          Plaintiff,           :
vs.                            :
BARRY SMITH et al.,            :
          Defendants.          :
_____



**ORDER ON VARIOUS MOTIONS**

THIS CAUSE is before the Court on various motions filed by defendant **Raymond Hicks**, which were referred to United States Magistrate Judge, Lurana S. Snow, for disposition. Being fully advised, it is hereby

ORDERED AND ADJUDGED as follows:

1. Defendant **Raymond Hicks'** Motion for Bill of Particulars (DE 191) is DENIED.

2. Defendant **Raymond Hicks'** Motion for Disclosure of Informants and to Produce Informants for Interview (DE 192) is DENIED.

3. Defendant **Raymond Hicks'** Motion for Production of Relevant Statements of Persons who are not Prospective Government Witnesses (DE 193) is DENIED.

4. Defendant **Raymond Hicks'** Motion for Immediate Review of Detention Status and Automatic Release (DE 194) is DENIED

210
DM

without prejudice to renew if the case does not proceed to trial as scheduled in August, 2001. It is further

ORDERED that counsel for defendant Hicks forward a copy of this Order to all counsel of record noted below.

DONE AND ORDERED at Fort Lauderdale, Florida, this 9th day of April, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Kathleen Rice (FTL)
Randee Golder, Esq. (Barry Smith)
Richard Diaz, Esq. (Bernard Smith)
AFPD Pat Hunt (FTL) (Sam Jones)
Michael Entin, Esq. (Elliot Aiken)
Ruben Garcia, Esq. (Raymond Hicks)
Manuel Gonzalez, Esq. (Asia Nelson)
Steven Kassner, Esq. (Earl Parker)
Vincent Flynn, Esq. (Willie Walker)