UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER(S)/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

versus

RAYMOND HICKS,

    Defendant.
_____/



## MOTION FOR SEVERANCE
## INTENTION TO CALL CO-DEFENDANTS AS WITNESSES

    Defendant, Raymond Hicks, through his CJA appointed counsel, pursuant to Rule 14 of the Rules of Criminal Procedure, respectfully moves this Honorable Court for relief from prejudicial joinder in Counts 2, 3, 4 and 5 in the instant Indictment and for a severance from the other defendants charged herein and a separate trial, and as grounds for this motion states:

    1. The Government has said that the Smith Organization has been trafficking in drugs for several years. Based upon the Government's position it is expected that considerable evidence will be presented which does not involve Defendant, RAYMOND HICKS. HICKS has no prior criminal history of any sort. The Jury will have insurmountable difficulty in distinguishing the alleged acts of the Defendant HICKS, and the other seven defendants, two of which have already plead guilty. PARKER and JONES have pled guilty, a guilty plea is tantamount to a confession of guilt. The Defendant HICKS argues that under <u>Bruton v. United States</u>, 391 U.S. 123. 20 L.Ed 2d 476, 88 S.Ct. 1620(1968) the Court found that where accused's co-defendants's confession was introduced into evidence with limiting

NON-COMPLIANCE OF S.D. fla. L.R. F.L.A.4

instructions; court held that such limiting instructions were not an effective means to prevent prejudice; the alternative is severance); United States v. Caldwell, N.D. Ga. 594 F.Supp 548(1984) where the court said that joinder of perjury charges against defendant was improper and defendant was entitled to severance counts, where there was no identity of fact or participants between perjury offense and various alleged acts of extortion and conspiracy).

2. The Defendant, RAYMOND HICKS, through his counsel, intend to call as witnesses on HICKS behalf co-defendants, BERNARD SMITH, SAM JONES, ELIOT AIKENS, ASIA NELSON and EARL PARKER. Each of these co-defendants have executed the hereby annexed duly sworn affidavits or statement which clearly exculpate Defendant HICKS of the charges in Count One of the Second Superseding Indictment. The other four counts in the Indictment have no relation to HICKS who is charged only in Count One.

3. The Defendant, RAYMOND HICKS, and his counsel, intend to call as a witness on HICKS behalf BARRY SMITH, who has not to date provided an affidavit.

4. If these co-defendants are tried together, before the same court and jury, with Defendants, BARRY SMITH, BERNARD SMITH, SAM JONES, ELIOT AIKENS, ASIA NELSON, and EARL PARKER, and they refuse to testify when called , serious question concerning their constitutional rights against self-incrimination would arise, since an inference therefrom would certainly be drawn by the jury.

5. The Defendant, RAYMOND HICKS, must be in a position to exercise his constitutional right to have compulsory process to

secure attendance of witnesses, i.e, to summon co-defendants, without prejudice to the right of any other co-defendant to remain silent or to refuse to take the witness stand.

6. Likewise, should counsel for the other defendants wish to call RAYMOND HICKS to testify, he must be free to refuse to do so without fear of an unfavorable inference drawn by the jury, or a comment upon such refusal by counsel.

7. This Defendant believes that he cannot properly defend the charges in the Indictment unless he is granted a severance , and that the introduction of a vast amount of testimony in regard to controverted matters by the other defendants in which he played no role, or has an interest, would be confusing to the jury and highly prejudicial to this Defendant.

WHEREFORE, this Defendant prays that he be granted a severance and tried separately from the other Defendants named in this Indictment.

Respectfully submitted

RUBEN M. GARCIA, ESQUIRE
Counsel for Defendant HICKS
1209 S.E. 3rd Avenue
Ft. Lauderdale, Florida 33316
(954)462-4600
FAX: (954)462-0828
FBN:510475

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by U.S. Mail to Kathleen Rice, Esquire, Assistant United States Attorney at 500 East Broward Boulevard, 7th

Floor, Ft. Lauderdale, Florida 33394 and to all other counsel of record named on the attached list this 20th day of April, 2001.

## 88.9 CERTIFICATE

Pursuant to Local Rule 88.9, undersigned counsel attempted to contact Kathleen Rice, Assistant United States Attorney, in charge of this case without success, however, counsel would assume that the Government will oppose the granting of this motion.

_____
Ruben M. Garcia, Esq.

Counsel List

UNITED STATES v. RAYMOND HICKS, et al
CASE NO.  00-6162-Cr-ROETTGER/SNOW

Richard Diaz, Esq.  
2701 S.W 3rd Avenue  
Miami, Fl 33129-2335

Michael Entin, Esq.  
One East Broward Blvd.  
Suite 1500  
Ft. Lauderdale, Fl 33301

Randee Golder, Esq.  
P.O. Box 3756  
Boyton Beach, Fl 33424

Patrick Hunt, AFPD  
101 N.E. 3rd Avenue  
Suite 202  
Ft. Lauderdale, Fl 33301

Steven Kassner, Esq.  
815 Ponce De Leon Blvd.  
Suite 303  
Coral Gables, FL 33134-3007

Manuel Gonzalez, Esq.  
780 N.W. 42nd Avenue  
Suite 318  
Miami, Fl 33126-5536

Vincent Flynn, Esq.  
1221 Brickell Avenue  
Suite 602  
Miami, Fl 33131-3260

Ruben M. Garcia, Esquire  
Attorney for HICKS  
1209 S.E. 3rd Avenue  
Ft. Lauderdale, FL 33316  
(954)462-4600  
FAX: (954)462-0828

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-6162-Cr-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERNARD SMITH, et al.

    Defendants.
_____/

### AFFIDAVIT IN SUPPORT OF MOTION TO SEVER

I, BERNARD SMITH, after first being duly sworn, do depose and say:

1. That I am a co-defendant in the matter of UNITED STATES OF AMERICA V. RAYMOND HICKS, et. al, Case Number 00-6162-CR-ROETTGERS.

2. That at present, I do not know if I will testify at my own trial.

3. That at a separate trial, if placed under subpoena, I would testify on behalf of my co-defendant RAYMOND HICKS as follows:

    a. That I have never paid Raymond Hicks money for police-type favors, or confidential police-type information.

b.    That Raymond Hicks lawfully purchased a Mercedes Benz automobile from my brother Barry Smith.

c.    That since I am not guilty of having distributed cocaine, Raymond Hicks could never have transported cocaine for me.

d.    That I do not believe or know that Raymond Hicks was ever involved in any illegal activity including drug activity.

e.    That I have never heard Raymond Hicks say that he would "badge his way out of trouble if ever stopped by the police."

*see below*

BERNARD SMITH

sign.
print

STATE OF FLORIDA  )
COUNTY OF MIAMI-DADE )

The foregoing instrument was acknowledged before me this 17th day of April 2001 by Bernard Smith, who personally appeared before me at the time of notarization and who is personally known to me or has produced personally known as identification and did/did not take an oath

NOTARY PUBLIC
sign:
print: Richard J Diaz
State of Florida at Large
(Seal)

My Commission Expires:



OFFICIAL NOTARY SEAL
RICHARD J DIAZ
COMMISSION NUMBER
CC785344
MY COMMISSION EXPIRES
OCT. 22, 2002

February 25, 2001

To Whom It May Concern:

I, Earl Parker, being of sound mind and body due hereby state that never at any time did I combine, conspire, or agree to possess cocaine with the intent to distribute with Raymond Hicks. In my opinion Raymond Hicks is one of the most respected individuals within community. For many years he has demonstrated great concern for our neighborhood's youth and elderly. I cannot imagine that Mr. Hicks would ever, or has ever been involved in any illegal activity. I pray this statement will assist in freeing Raymond Hicks, who is an innocent man.

Sincerely,

Earl Parker

The foregoing instrument was acknowledged before me this 26th day of February 2001, by  Earl Parker  who had produced Federal Detention Center Miami, Florida Inmate Card #  55340-004  as indentification, and who is not personally known by me.

OFFICIAL NOTARY SEAL
TRACIE E JONES
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC761233
MY COMMISSION EXP. JULY 20,2002

Tracie E Jones
Notary Public-State of Florida

Tracie E. Jones
Notary Public-Printed Name

TO WHOM IT MAY CONCERN:

    I, Elliot Aiken, being of sound mind and body due hereby state that never at any time did I combine, conspire, or agree to possess cocaine with intent to distribute with Raymond Hicks. In my opinion I feel that the Broward Sheriff's Office has a lot to do with his incarceration. I remember hearing at the gym about a lawsuit he had pending against B.S.O. Ramond Hicks is one of our most respected individuals in the community. Mr. Hicks would never as stated in the government's discovery, use his position to "badge himself out of trouble" or be involved in any illegal activity. I pray this statement will assist in freeing Raymond Hicks who is a one hundred percent innocent man.

                                              Sincerely,

                                              Elliot Aiken

The foregoing instrument was acknowledged before me this 27th day of March 2001, by Elliot Aiken who had produced Federal Detention Center - Miami, Florida Inmate card #: 13058-018 as identification and who is not personally known by me.

                                          Notary Public - State of Florida

                                          Elizabeth M. Garcia
                                          Notary Public - State of Florida

OFFICIAL NOTARY SEAL
ELIZABETH M GARCIA
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC761230
MY COMMISSION EXP. JULY 20,2002

TO WHOM IT MAY CONCERN:

I, Asia Nelson, being of sound mind and body due hereby state that never at any time did I combine, conspire, confederate, or agree to possess cocaine with intent to distribute with Raymond Hicks. In my opinion Ramond Hicks is one of the most respected individuals within the community. I was incarcerated at the Broward jail during the period when Mr. Hicks was Correctional Officer. Mr. Hicks encouraged me to return to my family, and become productive member of society. His words touched my heart and brought tears to my eyes. I firmly beleive Mr. Hicks would never, nor has been ever been involve in illegal activity. I personally witness Mr. Hicks helped the neighborhood's youth and elderly. Mr. Hicks is not the alleged person that the government has made him to be. I pray this statement will assist in freeing Raymond Hicks an innocent man, who does not deserve this type of harsh treatment.

Sincerely,

*Asia Nelson*
Asia Nelson

The foregoing instrument was acknowledged before me this 27th day of March 2001, by Asa Nelson who had produced Federal Detention Center - Miami, Florida Inmate card #: 55401-004 as identification and who is not personally known by me.

*Elizabeth M Garcia*
Notary Public - State of Florida

Elizabeth M. Garcia
Notary Public - State of Florida

OFFICIAL NOTARY SEAL
ELIZABETH M GARCIA
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC761230
MY COMMISSION EXP. JULY 20,2002

March 13, 2001

**TO WHOM IT MAY CONCERN:**

    I, Sam Jones, being of sound mind and body due hereby state that never at any time did I combine, conspire, or agree to possess cocaine with the intent to distribute with Raymond Hicks. In my opinion Raymond Hicks is one of the most respected individuals within the community. For many years he has demonstrated great concern for our neigborhood's youth and elderly. For the past two years my mother has help organized and chaperon the feast on Memorial Day that Mr. Hicks has held for kids that less fortunate than the others at Franklin Park. I cannot imagine that Mr. Hicks would ever, or has ever been involve in any illegal activity. I pray this statement will assist in freeing Raymond Hicks, who is innocent man.

Sincerely,

*[signature]*
Sam Jones

The foregoing instrument was acknowledged before me this 14th day of MARCH 2001, by Sam Jones who had produced Federal Detention Center - Miami, Florida Inmate card #: 55345-004 as identification and who is not personally known by me.

*[signature]*
Notary Public - State of Florida

Elizabeth M. Garcia
Notary Public - State of Florida

OFFICIAL NOTARY SEAL
ELIZABETH M GARCIA
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC761230
MY COMMISSION EXP. JULY 20,2002