UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6162-CR-ROETTGER

UNITED STATES OF AMERICA

v

RAYMOND HICKS

NOTICE



_____/

TAKE NOTICE That a proceeding in this case has been set for **FRIDAY MAY 4, 2001 at 10:30 A.M.** at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

---

TYPE OF PROCEEDING:

DE NOVO REVIEW OF DETENTION ORDER & MOTION FOR BOND.

---

CLARENCE MADDOX, CLERK

DATED: 4/24/01

BY: _P. Hart_

Deputy Clerk