UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

versus

RAYMOND HICKS,

    Defendant.
_____/

**NOTICE OF FILING AFFIDAVIT IN SUPPORT OF MOTION FOR DE NOVO REVIEW OF MAGISTRATE'S DETENTION ORDER AND FOR RELEASE ON REASONABLE BOND**

    NOW COMES the Defendant, RAYMOND HICKS, by and through undersigned counsel, and files the Affidavit of Co-Defendant, BARRY SMITH, in support of HICKS's Motion For De Novo Review of Magistrate's Detention Order and For Release on Reasonable Bond.

                                            _____
                                            RUBEN M. GARCIA, ESQUIRE
                                            Attorney for Defendant HICKS
                                            1209 S.E. 3rd Avenue
                                            Ft. Lauderdale, Fl 33316
                                            (954) 462-4600
                                            FAX: (954) 462-0828
                                            FBN: 510475

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded by U.S. Mail to Kathleen Rice, Esquire, Assistant United States Attorney at 500 E. Broward Boulevard, 7th Floor, Ft. Lauderdale, Florida 33394 and to all other counsel in the attached list, this 30th day of April, 2001.

                                              _____
                                              Ruben M. Garcia, Esq.



Counsel List

UNITED STATES v. RAYMOND HICKS, et al
CASE NO.  00-6162-Cr-ROETTGER/SNOW

Richard Diaz, Esq.
2701 S.W 3rd Avenue
Miami, Fl 33129-2335

Randee Golder, Esq.
P.O. Box 3756
Boyton Beach, Fl 33424

Patrick Hunt, AFPD
101 N.E. 3rd Avenue
Suite 202
Ft. Lauderdale, Fl 33301

Steven Kassner, Esq.
815 Ponce De Leon Blvd.
Suite 303
Coral Gables, FL 33134-3007

Manuel Gonzalez, Esq.
780 N.W. 42nd Avenue
Suite 318
Miami, Fl 33126-5536

Vincent Flynn, Esq.
1221 Brickell Avenue
Suite 602
Miami, Fl 33131-3260

Michael Entin, Esq.
One East Broward Blvd.
Suite 1500
Ft. Lauderdale, Fl 33301

_____
Ruben M. Garcia, Esquire
Attorney for HICKS
1209 S.E. 3rd Avenue
Ft. Lauderdale, FL 33316
(954)462-4600
FAX: (954)462-0828

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

United States of America,
        Plaintiff,

vs                                         Case No. 00-6162-CR-ROETTGERS

**Barry Smith, et al.**
        Defendants.
_____/

To whom it may concern:

I, **Barry Smith**, After first being duly sworn, do depose and say:

1. That I am a co-defendant in the matter of U.S. of America v. Raymond Hicks, et al, case no. 00-6162-CR-Roettgers.

2. That at the present, I do not know if I will testify at my own trial.

3. That at a separate trial, if placed under subpoena, I would testify on behalf of my co-defendant **Raymond Hicks** as follows:

    A. That I never paid Raymond Hicks money for police type favors, or confidential police-type information.

    B. That Raymond Hicks lawfully purchased my Mercedes Benz automobile.

    C. That since I am not guilty of having distributed cocaine, Raymond Hicks could never have transported cocaine for me.

    D. That I do not believe or know that Raymond Hicks was ever involved in any illegal activity including drug activity.

E. That I have never heard Raymond Hicks say that he would "badge his way out of trouble it ever stopped by police"

Sincerely,

*Barry Smith*
BARRY SMITH

**NOTARY**

The foregoing instrument was acknowledged before me this 23rd day of April 2001, by Barry Smith who had produced Federal Detention Center-Miami, Florida Inmate card#: 55344-004 as Identification and who is not personally known by me.

*Adrienne Lamb*
NOTARY PUBLIC-STATE OF FLORIDA

*Adrienne Lamb*
NOTARY PUBLIC-STATE OF FLORIDA



OFFICIAL NOTARY SEAL
ADRIENNE LAMB
COMMISSION NUMBER
CC672969
MY COMMISSION EXPIRES
AUG. 18, 2001