UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

Case No.: 00-6162-CR-ROETTGER

v.

**ORDER**

RAYMOND HICKS, et al.,

    Defendants.            /

**THIS CAUSE** is before the Court upon Defendant Raymond Hicks motion for de novo review of magistrates detention order. Hicks motion will be construed as an appeal from an order granting government's motion for pretrial detention. Upon consideration of the motion, arguments of counsel at the May 3, 2001 hearing, and the record in this cause, it is

**ORDERED AND ADJUDGED** that the Court adopts the findings of fact and statement of reasons for the detention prepared by Magistrate Judge Lurana S. Snow. Defendant's appeal from the order granting government's motion for pretrial detention is hereby **DENIED.**

**DONE AND ORDERED** this _4_ day of _May_, 2001.

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record