FILED by _____ D.C.

2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6162-CK    Date: 5/3/01
Courtroom Clerk: P. Hast    Court Reporter: Bruce
Probation Officer: _____    Interpreter: _____

Plaintiff(s): U.S.A.    Counsel: Rice

Defendant(s): T. Hicks (J)    Counsel: B. Garcia

Reason For Hearing: Mot Reconsider bond + for Bond

Result of Hearing/Judgment: Order to follow —

Misc.: _____

231/DM