UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

FILING FEE
PAID _____
In Forma Pauperis _no fee_
Clarence Maddox, Clerk

Raymond Hicks,
  Defendant/Appellant,

-vs-

CASE NO: 00-6162-cr-Roettgers

United States of America,
  Plaintiff/Appellee.
_____/

FILED BY _____ D.C.
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL
2001 MAY 10 AM 8:43

[NOTICE OF APPEAL]

Comes Now Raymond Hicks in proper person and pursuant to the Appellate Rules of Procedure and 18 U.S.C 3145(c), hereby files this notice appealing the [detention order] enter on **May 04, 2001** by the Honorable Judge

Respectfully Submitted,

_signature_
Raymond Hicks #55347-004
F.D.C
P.O. Box 019120
Miami, Fl. 33101-9120

232