UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-Cr-ROETTGER(s)
Magistrate Judge SNOW

UNITED STATES OF AMERICA

v.

RAYMOND HICKS, et al.
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW undersigned counsel and files Motion To Withdraw As Counsel of Record and as grounds therefore states as follows:

1. Undersigned counsel was appointed to represent RAYMOND HICKS pursuant to the Criminal Justice Act.

2. The Defendant and undersigned counsel have irreconcilable differences as to the issues and the future conduct of the instant case.

WHEREFORE undersigned counsel moves this Honorable Court to grant this Motion To Withdraw As Counsel Of Record and to enter an order relieving Ruben M. Garcia, Esquire from any future responsibility in the instant case and appoint counsel for the Defendant.

Respectfully submitted

RUBEN M. GARCIA
1209 S.E. 3rd Avenue
Ft. Lauderdale, Fl 33301
(954) 462-4600
By: Ruben M. Garcia
Ruben M. Garcia, Esq.
Fla. Bar #510475

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail to Kathleen Rice, Assistant United States Attorney at 500 E. Broward Boulevard, 7th Floor, Florida 33994, this 15th day of May, 2001.

Ruben M. Garcia, Esq.