**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: RAYMOND HICKS (J)

AUSA: KATHLEEN RICE / *Ryan*

AGENT:

PROCEEDING: MOTION TO WITHDRAW

BOND HEARING HELD - yes / no

BOND SET @:

CASE NO: 00-6162-CR-ROETTGER

ATTY: RUBEN GARCIA - *pres  CJA*

*Michael Bloom / Ret.*

RECOMMENDED BOND:

COUNSEL APPOINTED:

To be cosigned by:

FILED by _____ D.C.

MAY 31 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. FT. LAUD.

❏ Do not violate any law.

❏ Appear in court as directed.

❏ Surrender and / or do not obtain passports / travel documents.

❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❏ Maintain or seek full - time employment.

❏ No contact with victims / witnesses.

❏ No firearms.

❏ Curfew: _____.

❏ Travel extended to: _____.

❏ Halfway House _____.

*Michael Bloom entered permanent appearance. Ruben Garcia allowed to W/draw.*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 5/31/01    TIME: 11:00    FTL/LSS TAPE # 01 - *028*    Begin *2174*    End: *2359*

*240 / Dw 1*