UNITED STATES DISTRICT COURT
IN AND FOR SOUTHERN DISTRICT
OF FLORIDA

CASE NO: 00-6162-Cr-Roettger/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAYMOND HICKS,

    Defendant.

_____/



FILED by _____ D.C.
MAY 3 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD

COMES NOW Michael H. Bloom, and files this appearance as counsel for the above named defendant for all proceedings arising out of the within action with which the defendant is presently charged in the United States District Court Southern District.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local Rules.

Counsel acknowledges responsibility to advise the defendant of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant, and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**



DATED: June 1, 2001

LAW OFFICE MICHAEL H. BLOOM
Attorney for Defendant HICKS
3225 Aviation Avenue, Suite 300
Coconut Grove, Florida  33133
Telephone: 305-859-7373

By /s/ Michael H. Bloom
Michael H. Bloom

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand delivered, to: Assistant United States Attorney, Kathleen Rice, 500 East Broward Boulevard, Seventh Floor, Ft. Lauderdale, FL 33994 and to counsel of record on the attached mailing list.

/s/ Michael H. Bloom
Michael H. Bloom

Counsel List

UNITED STATES v. RAYMOND HICKS, et. al
CASE NO: 00-6162-Cr-ROETTGER/SNOW

Richard Diaz, Esquire
Attorney for Bernard Smith
2701 SW 3rd Avenue
Miami, FL 33129-2335

Michael Entin, Esq.
One East Broward Blvd.
Suite 1500
Ft. Lauderdale, FL 33301

Randee Golder, Esq.
Attorney for Barry Smith
P.O. Box 3756
Boyton Beach, FL 33424

Patrick Hunt, AFPD
Attorney for Sam Jones
101 NE 3rd Avenue
Suite 202
Ft. Lauderdale, FL 33301

Steven Kassner, Esq.
Attorney for Earl Parker
815 Ponce de Leon Blvd.
Suite 303
Coral Gables, FL 33134-3007

Manuel Gonzalez, Esq.
780 NW 42nd Avenue
*Suite 318*
Miami, FL 33126-5536

Vincent Flynn, Esq.
1221 Brickell Avenue
Suite 602
Miami, FL 33131-3260

Michael H. Bloom