

Clarence Maddox
    Clerk, U.S. District Court
    299 E. Broward Blvd
    Fort Lauderdale FL 33301

June 06, 2001

RE: 01-12622-A     USA v. Raymond Hicks
DC DKT NO.: 00-06162 CR-NCR

TO:   Clarence Maddox

CC:   Raymond Hicks 55347004

CC:   Anne R. Schultz

CC:   Kathleen Rice

CC:   Administrative File

CC:   Administrative File



# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

June 06, 2001

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301



RE: 01-12622-A   USA v. Raymond Hicks
DC DKT NO : 00-06162 CR-NCR

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Russell Tanker (404) 335-6180

Encl.

DIS-2 (1-1999)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 01-12622-A

UNITED STATES OF AMERICA,   00-6169-cr-NCR

Plaintiff-Appellee,

versus

RAYMOND HICKS,

Defendant-Appellant.



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 0 6 2001

THOMAS K. KAHN
CLERK

Appeal from the United States District Court for the
Southern District Of Florida

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because appellant has failed to pay the $100 docketing and $5 filing fees ($105) to the district court clerk within the time fixed by the rules, effective this 6th day of June, 2001.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Russell Tanker
Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: Russell Tanker
Deputy Clerk
Atlanta, Georgia

ORD-40