UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER(s)(s)/SNOW

UNITED STATES OF AMERICA,          :
    Plaintiff,                     :
v.                                 :
BARRY SMITH, et al.,               :
    Defendants.                    :

FILED by ___ D.C.
AUG 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

**O R D E R**

THIS CAUSE is before the Court on defendant **Richard Hicks'** Motion to Withdraw as Counsel of Record (DE 235), which was referred to United States Magistrate Judge, Lurana S. Snow. A hearing was held on the motion on May 31, 2001. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Ruben Garcia, Esquire, is hereby released from any further duties in this cause.

DONE AND ORDERED at Fort Lauderdale, Florida, this 17th day of August, 2001, <u>nunc pro tunc</u> May 31, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Kathleen Rice (FTL)
Ruben Garcia, Esq.

