FILED by _____ D.C.
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6162-CR-NCK   Date: 8/22/01
Courtroom Clerk: P. Hart   Court Reporter: Beeme
Probation Officer: _____   Interpreter: _____

Plaintiff(s): U.S.A.   Counsel: Bice

Defendant(s): H. B. Smith, et al   Counsel: all counsel present

Reason For Hearing: Status

Result of Hearing/Judgment: Fridays off, request for disclosure of PSI of witnesses + de-briefing reports of agents - resolved by all parties. Mot sever - Denied. Mot Games hrg pre-trial - Denied.

Misc.: _____