HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by _____ D.C.
AUG 2 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 70-6162-CR-NCK     Date: 8/28/01

Courtroom Clerk: F. Hart     Court Reporter: Birales

Probation Officer: _____     Interpreter: _____

Plaintiff(s): USA     Counsel: Rice / Biratin

Defendant(s): B Smith, et al     Counsel: All counsel present

Reason For Hearing: cont jury selection

Result of Hearing/Judgment: Trial began

Misc.: _____