FILED by \_\_\_\_ D.C.

AUG

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6162-CR-NCR  Date: 8/29/01

Courtroom Clerk: F. Hart  Court Reporter: _Reinter_

Probation Officer: \_\_\_\_  Interpreter: \_\_\_\_

Plaintiff(s): U.S.C.  Counsel: _Byer/Bradbek_

Defendant(s): D. Smith, et al  Counsel: _all counsel present_

Reason For Hearing: Trial

Result of Hearing/Judgment: Trial cont'd til 8/30/01

Misc.: \_\_\_\_