FILED by _____ D.C.

AUG 3 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6162-CR-NCR  Date: 8/30/01

Courtroom Clerk: J. Hart  Court Reporter: _____

Probation Officer: _____  Interpreter: _____

Plaintiff(s): USA   Counsel: Bier/Baudhin

Defendant(s): B Smith, et al   Counsel: Bill Richer, Robert

Reason For Hearing: Trial

Result of Hearing/Judgment: Trial carried til Sept 4, 2001

Misc.: