HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by _____ D.C.
SEP 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 00-6162-CR-NCR   Date: 9/5/01
Courtroom Clerk: P. Hart   Court Reporter: Reeves
Probation Officer: _____   Interpreter: _____

Plaintiff(s): U.S.A.   Counsel: Bick

Defendant(s): L. Smith et al   Counsel: all counsel present

Reason For Hearing: Trial

Result of Hearing/Judgment: Juror # 6 - dismissed
trial cont'd til 9/6/01

Misc.: _____