IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6162-CR-ROETTGER

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RAYMOND HICKS,

Defendant,

_____/



### DEFENDANT RAY ADDERLY'S
### MOTION TO QUASH

COMES NOW, Ray Adderly, by and through his undersigned counsel, who
most respectfully files this *Motion to Quash Subpoena.* In support thereof, the Defendant
would state as follows:

1. That Mr. Adderly was served with a subpoena to appear as a defense witness in
the United States v. Raymond Hicks, case no.: 00-6161-CR-ROETTGER. That undersigned
counsel learned of this subpoena yesterday when visiting with Mr. Adderly at the Federal
Detention Center in Miami.

2. That Mr. Adderly is unable to testify as a defense witness given his status as an
indicted defendant in this case of United States v. Ray Adderly, Case Number: 00-6008-CR-

Roettger. That this case is pending and as such Mr. Adderly is asserting his Fifth

Amendment rights and under advise of counsel has refused to testify on this matter.

3. That undersigned counsel has informed Mr. Bloom. counsel to Mr. Hicks of this

position.

WHEREFORE. Ray Adderly, most respectfully requests that this Honorable Court

enter an Order granting his request that this subpoena be quashed.

I HEREBY CERTIFY that a copy of the foregoing was furnished. by mail, to

Kathleen Rice, Assistant US Attorney, 500 East Broward Blvd.. Suite 700, Fort Lauderdale

FL. 33394-3002 and Michael Bloom. counsel to Raymond Hicks. 3225 Aviation Avenue

Suite 300. Coconut Grove FL 33133 this _____ day of September, 2001.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
Fax         : (305) 374-3414 Dade Fax

BY:
Florida Bar #771170