AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF __Florida__

District: Southern

USA v. Smith et al.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6162

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Boettger | Rice | Gonzalez, Calder, Duzz, Caton, Blain, Flynn |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 27 Aug 01 - | J Reeves | C Pressman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 28 Aug 01 | | | Rickey Clarke |
| | 22 | 28 Aug 01 | X | X | Diagram - warehouse area |
| | 1 | 28 Aug 01 | X | | Clarke Reports Composite (2 Reports) |
| W2 | | 28 Aug 01 | | | Michael Haynes |
| W3 | | 29 Aug 01 | | | Jose Reyes |
| W4 | | 29 Aug 01 | | | Richard Pisanti |
| W5 | | 29 Aug 01 | | | William Bruce |
| W6 | | 29 Aug 01 | | | Sam Jones |
| | 13 | 29 Aug 01 | X | X | Sam Jones Plea Agreement |
| | 8 | 29 Aug 01 | X | X | Tape - Call no. 997   July 21, 1999 |
| | 8a | 29 Aug 01 | X | X | Transcript Call no. 997 |
| | 12 | 29 Aug 01 | X | X | Tape - Call no. 1714   Sept. 8, 1999 |
| | 12a | 29 Aug 01 | X | X | Transcript Call no. 1714 |
| | 5 | 30 Aug 01 | X | X | Tape - Call no. 3709   Sept 24, 1999 |
| | 5a | 30 Aug 01 | X | X | Transcript - Call no. 3709 |
| | 6 | 30 Aug 01 | X | X | Tape - Call no. 3710   Sept 24, 1999 |
| | 6a | 30 Aug 01 | X | X | Transcript Call no. 3710 |
| | 7 | 30 Aug 01 | X | X | Tape - Call no. 3739   Sept 24, 1999 |
| | 7a | 30 Aug 01 | X | X | Transcript Call no. 3739 |
| W7 | | 30 Aug 01 | | | Tim Ellis Wimberly |
| | 26 | 30 Aug 01 | X | X | Plea agreement - Timothy Wimberly |
| | 2 | 30 Aug 01 | X | | Tim Ellis Letter to AUSA Rice |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

**EXHIBIT AND WITNESS LIST — CONTINUATION**

AO 187A (Rev. 7/87)

USA vs. Smith et al.   CASE NO. 00-6162

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 30 | | 30 Aug 01 | X | X | Nextel phone numbers - Stipulated |
| | W-3 | 30 Aug 01 | | | Roy Collins |
| | W-4 | 4 Sept 01 | | | Leon Laboissiere |
| 20 | | 4 Sept 01 | X | X | Chago Towing records |
| | W-10 | 4 Sept 01 | | | Ancel Pratt |
| 17a | | 4 Sept 01 | X | X | pole camera tape - May 7, 1999 |
| 17b | | 4 Sept 01 | X | X | "    "    "    July 3, 1999 |
| 17c | | 4 Sept 01 | X | X | "    "    "    July 4, 1999 |
| 17d | | 4 Sept 01 | X | X | "    "    "    July 18, 1999 |
| | | 5 Sept 01 | X | | 302 |
| | | 5 Sept 01 | X | | Pratt's divorce papers |
| 7 | | 5 Sept 01 | X | X | pole camera tape Composite |
| | W-11 | 6 Sept 01 | | | Andrew Thompson |
| 18 | | 6 Sept 01 | X | | wiretap orders - warehouse line |
| 1 | | 6 Sept 01 | X | X | Tape - Call no. 2913 |
| 1a | | 6 Sept 01 | X | X | Transcript Call no. 2913 |
| 21 | | 6 Sept 01 | X | X | L & W Trucking, Inc. records |
| 9 | | 6 Sept 01 | X | X | Tape - Call no. 1104 |
| 9a | | 6 Sept 01 | X | X | Transcript - Call no. 1104 |
| 11 | | " | X | X | Tape call # 1714 |
| 11A | | " | X | X | Transcript call # 1714 |
| 3 | | 6 Sept 01 | X | X | Tape call no. 4390 |
| 3a | | 6 Sept 01 | X | X | Transcript 4390 |
| 2 | | 6 Sept 01 | X | X | Tape 3275 |
| 2a | | 6 Sept 01 | X | X | Transcript 3275 |
| 4 | | 6 Sept 01 | X | X | Tape 2791 |

Page 2 of ___ Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

USA vs. Smith et al.   CASE NO. 00-6162

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 4a | | 6 Sept 01 | X | X | Transcript 2791 |
| 10 | | 6 Sept 01 | X | X | Tape 1425 |
| 10a | | 6 Sept 01 | X | X | Transcript 1425 |
| 17e | | 6 Sept 01 | X | X | pole camera tape - Sept. 24, 1999 |
| 14 | | 6 Sept 01 | X | X | Tape 4742 |
| 14a | | 6 Sept 01 | X | X | Transcript 4742 |
| 13 | | 10 Sept 01 | X | X | Tape - Call no. 4189 |
| 13a | | 10 Sept 01 | X | X | Transcript Call no. 4189 |
| 15 | | 10 Sept 01 | X | X | Tape Call no. 4745 |
| 15a | | 10 Sept 01 | X | X | Transcript Call no. 4745 |
| 16 | | 10 Sept 01 | X | X | Tape Call no. 4753 |
| 16a | | 10 Sept 01 | X | X | Transcript Call no. 4753 |
| 2 | | 10 Sept 01 | X | | Magazine |
| 3 | | 10 Sept 01 | X | | MIOG Manual |
| | WW1 | 13 Sept 01 | X | 13 Sept 01 X | Check $965.00 |
| 31 | | 13 Sept 01 | X | X | Dept of Highway Record Bernard Smith |
| | W5, W6 | 13 Sept 01 | | | 1999 + 2000 Bernard Smith Income Tax |
| | | 11 Sept 01 | X | X | Vacuum Cleaner |
| | W2 | 20 Sept 01 | | | Patty Walker |
| | W3 | 20 Sept 01 | | | Willie Walker Truck owner |
| | WW2 | 20 Sept 01 | X | X | Bill recepts for purchase of Peterbilt |
| | WW3 | " | X | X | Pictures Truck 55 |
| | WW4 | " | X | X | Check for paint job |
| | WW5 | 20 Sept 01 | X | X | Cash Deposit Slip for $9160 |
| | WW6 | 20 Sept 01 | X | X | Checks |

Page 3 of ___ Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

USA vs. Smith et al.    CASE NO. 00-6162

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 7 | | 20 Sept 01 | X | X | Composite Checks |
| 8 | | 20 Sept 01 | X | X | Weekly Sheets - Barry Smith |
| 9 | | 20 Sept 01 | X | X | Weekly Sheets - Bernard Smith |
| 10 | | 20 Sept 01 | X | | Check for insurance |
| 11 | | 20 Sept 01 | X | | Invoice for insurance |
| | W4 | 20 Sept 01 | | | John Miller |
| | W5 | 20 Sept 01 | | | LaCroix |
| | W6 | 20 Sept 01 | | | Barry Smith |
| | W1 | 20 Sept 01 | | | Shirly Pratt |
| | W3 | 20 Sept 01 | | | ~~Joseph~~ Passatore |
| | W9 | 21 Sept 01 | | | Patrice Hicks |
| | BH 1a | 21 Sept 01 | X | X | Income Tax Return 1999 |
| | BH 1b | 21 Sept 01 | X | X | W-2 |
| | 4th | 21 Sept 01 | X | | Fin Documents for Mercedes |
| | gR | " | ✓ | ✓ | |
| | W10 | " | | | Catherine Alonez Broward Sheriff |
| | W11 | " | | | Rolanda Johnson |
| | W12 | 24 Sept 01 | | | Michael Renna |
| | 4 | 24 Sept 01 | X | X | Finance Documents for CarCorp-Mercedes |
| | W13 | 24 Sept 01 | | | Hemy |
| | BH 5 | 24 Sept 01 | X | X | Hicks' BSO Personnel File |
| | W14 | 24 Sept 01 | | | Richard Lee |
| | BH 6 | 24 Sept 01 | X | X | Wedding Certificate |
| | 7 | 24 Sept 01 | X | X | Wedding Invitation |
| | W15 | 24 Sept 01 | | | Raymond Hicks |
| 12 | | | | | Victor Jess |

Page 4 of ___ Pages

AO 187A (Rev. 7/87)  EXHIBIT AND WITNESS LIST — CONTINUATION

USA vs. Smith et al.  CASE NO. 00-6162

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 32a | | 25 Sept 01 | X | X | Inv 5230 |
| 32b | | 25 Sept 01 | X | X | Bill of Lading |
| 32c | | 25 Sept 01 | X | X | Bill of Lading |
| 34 | | 25 Sept 01 | X | X | Temp Tags for Car |
| | A# 4 | " | X | X | judgment Wimberly |
| | A# 5 | " | X | X | judgment Ellis |
| W12 | | 25 Sep 01 | | | Calvin Shapley Acct w/Cake |
| W13 | | " | | | Kathy Money Broward Shirff |
| | | | X | X | FDIC certificate |
| 38 | | | X | X | pawn fail record |
| | | | X | X | Claims Sheet |
| W14 | | 25 Sep 01 | | | Andrew Thompson |
| 36 | | 25 Sep 01 | X | X | Tape |
| 36a | | 25 Sep 01 | X | X | Transcript |
| 35 | | 25 Sep 01 | X | X | Tape |
| 35a | | 25 Sep 01 | X | X | Transcript |
| 31 | | 25 Sep 01 | X | X | Tape |
| 31a | | 25 Sep 01 | X | X | Transcript |