| | |
|---|---|
| UNITED STATES OF AMERICA | **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF FLORIDA** |
| Plaintiff, | Case No.:00-6162-CR-ROETTGER |
| v. | |
| BARRY SMITH,<br>ASIA NELSON,<br>ELLIOT AIKEN,<br>BERNARD SMITH<br>RAYMOND HICKS,<br>and WILLIE WALKER, | **FINAL JUDGMENT** |
| Defendants.       / | |



FILED by _____ D.C.

SEP ~ ~~~~

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**THIS CAUSE** is before the Court upon the jury verdict returned and published, September 26, 2001. The jury found all the above defendants on trial not guilty and the court adjudicated all the above defendants not guilty. Accordingly, it is

**ORDERED AND ADJUDGED** that the Marshall is directed immediately to release these defendants from custody. for~wraber

**DONE AND ORDERED** this **26** day of **Sept**, 2001.

_____
NORMAN C. ROETTGER
**UNITED STATES DISTRICT COURT JUDGE**

cc:  counsel of record