```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,    )
                             )
         Plaintiff,          )
                             )
vs.                          )
                             )
RAYMOND HICKS, et al.,       )    CASE NUMBER:
                             )    00-6162-CR-NCR
                             )
         Defendants.         )
                             )


     Excerpt transcript of proceedings before the Honorable

Norman C. Roettger, United States District Judge, and a jury, at

Fort Lauderdale, Florida, on the 20th day of September, 2001.



APPEARANCES OF COUNSEL:          As noted.



     Court Reporter:             Jerald J. Reeves, RPR

     Proceedings recorded by mechanical stenography.

     Transcription produced by computer.
```

OFFICIAL REPORTER UNITED STATES DISTRICT COURT

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE