```
 1

 2

 3            IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
 4

 5   UNITED STATES OF AMERICA,  )
                                )
 6            Plaintiff,         )
                                )
 7   vs.                         )
                                )
 8   RAYMOND HICKS, et al.,      )    CASE NUMBER:
                                )    00-6162-CR-NCR
 9                               )    Volume 1
              Defendants.        )
10                               )

11

12        Excerpt transcript of proceedings before the Honorable

13   Norman C. Roettger, United States District Judge, and a jury, at

14   Fort Lauderdale, Florida, on the 4th day of September, 2001.

15

16
     APPEARANCES OF COUNSEL:           As noted.
17

18

19      Court Reporter:               Jerald J. Reeves, RPR

20      Proceedings recorded by mechanical stenography.

21      Transcription produced by computer.

22

23

24

25
```

FILED BY _____ D.C.
2002 APR 25 PM 9:34
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL



OFFICIAL REPORTER UNITED STATES DISTRICT COURT

# NOT

# SCANNED

PLEASE REFER TO COURT FILE