```
IN THE UNITED STATES DISTRICT COURT
 FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  )
                           )
          Plaintiff,       )
                           )
vs.                        )
                           )
RAYMOND HICKS, et al.,     )    CASE NUMBER:
                           )    00-6162-CR-NCR
                           )    Volume 2
          Defendants.      )
                           )
```

Excerpt transcript of proceedings before the Honorable Norman C. Roettger, United States District Judge, and a jury, at Fort Lauderdale, Florida, on the 5th day of September, 2001.

APPEARANCES OF COUNSEL:           As noted.


Court Reporter:           Jerald J. Reeves, RPR

Proceedings recorded by mechanical stenography.

Transcription produced by computer.

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**