```
 1

 2

 3           IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF FLORIDA
 4

 5   UNITED STATES OF AMERICA,  )
                                )
 6           Plaintiff,          )
                                )
 7   vs.                         )
                                )
 8   RAYMOND HICKS, et al.,      )   CASE NUMBER:
                                )   00-6162-CR-NCR
 9                               )
             Defendants.         )
10                               )

11

12        Excerpt transcript of proceedings before the Honorable

13   Norman C. Roettger, United States District Judge, and a jury, at

14   Fort Lauderdale, Florida, on the 28th day of August, 2001.

15

16
     APPEARANCES OF COUNSEL:           As noted.
17

18

19      Court Reporter:              Jerald J. Reeves, RPR

20      Proceedings recorded by mechanical stenography.

21      Transcription produced by computer.

22

23

24

25
```



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 00-6162-CR-NCR
## DE#332

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

_____

# ATTACHMENT(S) NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____

# PLEASE REFER TO COURT FILE