# UNITED STATES DISTRICT COURT

### Southern District of Florida

Case Number: 00-6162-CR-~~Roettger~~ Seitz

_____United States of America_____
_____
Plaintiff(s)

v.

_____Raymond L. Hicks_____
_____
_____
_____
Defendants(s)

_____Motion to Expunge Record_____
*(TITLE OF DOCUMENT)*

_____I, Raymond L. Hicks, defendant in the above styled case, moves this Honorable Court for an order Compelling that my record is expunged. Sir or madam, I was arrested on false on fabricated charges on June 15, 2000, by Federal agents in my former agency the Broward Sheriff's Office. My only attempt was to expose the corruption within the Broward Sheriff's Office. My dilemma began when I filed a complaint on December 15, 1999 against several of my colleagues for violating my Constitution Civil Rights. After searching my vehicle Mercedes Benz 400 SEL 1993, they alleged that I must have been selling drugs to afford this type of car. On September 26, 2001, it took a jury of my peers thirty minutes to deliberate and come back with a not-guilty verdict. On October 6, 2003, my attorney and I took my case before an arbitrator, and I received seventeen years of service and



AO 245A (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __FLORIDA__

FILED by ___ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

RAYMOND HICKS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 00-6162-CR-ROETTGER

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judicial Officer

NORMAN C. ROETTGER
Name and Title of Judicial Officer

26 Sep 2001
Date



Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date APR 25 2006

