UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-SEITZ

UNITED STATES OF AMERICA,

v.

RAYMOND L. HICKS,

_____/



## ORDER FOR RESPONSE

This matter came before the Court on Defendant Raymond L. Hicks's *pro se* Motion to Expunge Record. The Government does not appear on the certificate of service. Therefore, it is

ORDERED that the Government shall file its response to Defendant's motion on or before **June 2, 2006**. A copy of the motion will be sent to the Government along with this order.

DONE AND ORDERED in Miami, Florida this ____ day of May, 2006.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
U.S. Attorney
Raymond L. Hicks, 3131 N.W. 43rd Place, Oakland Park, FL 33309