# United States District Court

### Southern District of Florida

Case Number:<u>00-06</u>12<u>-CR-Seitz</u>

UNITED STATES OF AMERICA,

v.

RAYMOND HICKS,

Defendant.

---

## DEFENDANTS RESPONSE TO UNITED STATES ATTORNEY MOTION TO EXPUNGE RECORDS

__Defendant Raymond L Hicks Pro Se Motion here by responds to the United States Attorney Mr. Roger H. Stefin motion.

Comes now, the defendant  Raymond L. Hicks Pro Se Motion and herein produced certain evidence that would show :

1.  It is the defendants position herein that no probable cause existed for my arrest by the Broward County Sheriffs Office and subsequent prosecution. All information came from a confidential source, who was arrested by BSO four months prior to my arrest. See attached documents.

2. I was found not guilty after a short period of time by a federal jury as to my involvement in a drug conspiracy ring.

3. During the trial and all events leading up to it, prosecution and the Broward County Sheriffs Office investigators were taking there defendant herein was leaking confidential law enforcement information and that they had a tape to prove it.

4. At the time of trial, the tape was played and it was first learned by the investigators and the prosecution that it was not the defendants voice on the tape but another member of the Broward County Sheriffs Office.

5. The tape has been requested on numerous occasions pursuant to the request to produce and pursuant to production of the investigation, but to date the actual tape has never been produced. Even after Honorable Judge Thomas Lynch and Honorable Barry L. Goldstein has given an order for the Broward Sheriffs Office to hand over the tape " still no tape"

6. I was a highly decorated officer receiving above and beyond normal achievements from the Sheriffs Office such as Gold Cross Award, when I risked my life to save another during an armed car jacking Silver Cross Award, for coming to the aid of a Sgt. When a violent prisoner punched him in the face. From that incident I sustained two broken hands which required extensive surgery. I also received two times Deputy Of The Month, 1997 and 1999.

7. After returning home, I took a negative situation and turned it into a positive. By winning the African American Achievers Award on March 25, 2004 from the JM Family for being a positive role model in the lives of misdirected young children.

8. My civil case is in state court for
      Count 1- malicious prosecution
      Count 2- false arrest /imprisonment
      Count 3 - negligent supervision/ retention
      Count 4- 42 U.S.C 1983
    Your Honor how is it that the Federal Government and the Broward Sheriffs Office would allow this paid confidential source to fabricate his entire story and ruin my life as a seasoned Deputy Sheriff.

9.My Attorney has taken depositions from the Officers that were involved in my case, hysterically, they can't remember anything pertaining to my case.

Wherefore the defendant request that defendants motion to expunge record be granted.

## Certificate of Service

I, Raymond Hicks, certify that a true and correct copy of the foregoing was sent by the United States mail this 7th day of June 2006 to Mr. Roger H. Stefin assistant United States Attorney 500 E. Broward Blvd. Ste. 700 Fort Lauderdale Florida 33394.

By:

Raymond L. Hicks

Printed or typed name of Filer

Signature of Filer

3131 NW 43rd Place

Street Address

Oakland Park, Florida 33309

City, State, Zip Code

Clerk of Courts Case Summary                                                    12 21 02

# CLERK OF THE COURTS
✳ ✳ ✳ BROWARD COUNTY 17th JUDICIAL CIRCUIT OF FLORIDA ✳ ✳ ✳

Home | Online Services | Frequently Asked Questions | Speech Emulator Users | Feedback | Log In |                                          **BASI**

✳✳✳

How may I obtain
more information
for this case?

What if the next
scheduled event is
"must comply by"?

What is the best
way to print this
screen?

What are Key
Dates?

## Case Summary
**Broward County Case Number: 00000735CF10A**

**Court Type: FELONY**

**Incident Date: 01/10/2000**

**Court Location: BROWARD COUNTY CENTRAL COURTHOUSE**

**State Reporting Number: 062000CF000735A88810**

**Case Type: FELONY**

**Filing Date: 02/11/2000**

**Case Status: Disposition Entered***

### Case Parties

| Relationship | Last Name | First Name | Middle Name | Party Type | Sex | Race | D.O.B. | D.O.D. | ID Type | ID Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | PRATT | ANCEL | | DEF | M | B | 12/08/1956 | | BCCN | 0236377 |
| 001 | TINDALL | YOUNG | T | PA | | | | | BARID | 0000002316 |
| | HOROWITZ | ALFRED | | JUDGE | | | | | JUDGE | FI |

### Key Dates - Future Scheduled Events
There is no key date information available for this case.

### Counts

| Select Count | Count | Status | Statute | Statute Description | Filed On | Filed By |
|---|---|---|---|---|---|---|
| ○ | 001 | CLOS | FXXL7840211B | AGGRAVATED ASSAULT W/O FIREARM | 02/11/2000 | BROWARD SHERIFF OFFICE |

### Related Cases
There is no related case information available for this case.

Please click the "Pay Fine/Fee" button to check if fines or fees are due.

* Click Here for clarification of the case s

---

| Case Detail | NOTE: Selecting the "Case Detail" button will deduct one unit from your account. |

| Pay Fine/Fee | NOTE: The "Pay Fine/Fee" request **may** take up to 60 seconds. |

| Perform Another Search |                                                        Bac

eclerk@clerk-17th-flcourts.org

AGENCY CASE-180255                                OFFENSE DATE-05/25/1974
CHARGE 001-LARC-
        GRAND
        STATUTE/ORDINANCE                LEVEL-FELONY
JUDICIAL-
    AGENCY-11TH CIRCUIT COURT - MIAMI                    (FL013025J)
    CHARGE 001 -COURT SEQ        COURT NO.-7431055
        COURT DATA-LARC-
                    GRAND
        STATUTE/ORDINANCE-            LEVEL-FELONY
        DISP DATE-05/30/1974            DISP-DISMISSED
--CONTINUED--

        SID NUMBER:  961658  PURPOSE CODE:C        PAGE:  4

-------------------------------------------------------------------

ARREST-  2  04/09/1977  OBTS NO.-0000525259
  ARREST AGENCY-METRO-DADE POLICE DEPARTMENT            (FL0130000)
    AGENCY CASE-180255                OFFENSE DATE-04/09/1977
    CHARGE 001-DISORD CONDUCT-
        STATUTE/ORDINANCE        LEVEL-MISDEMEANOR
JUDICIAL-
    AGENCY-METRO-DADE POLICE DEPARTMENT                (FL0130000)
    CHARGE 001 -COURT SEQ        COURT NO.-77-3685
        COURT DATA-DISORD CONDUCT-
        STATUTE/ORDINANCE-            LEVEL-MISDEMEANOR
        DISP DATE-04/15/1977            DISP-DISMISSED
        CRT PROVISIONS-   NO INFORMATION
--CONTINUED--

        SID NUMBER:  961658  PURPOSE CODE:C        PAGE:  5

-------------------------------------------------------------------

ARREST-  3  01/12/2000  OBTS NO.-0012408186
  ARREST AGENCY-BROWARD COUNTY SHERIFF'S OFFICE        (FL0060000)
    AGENCY CASE-XLL001159            OFFENSE DATE-
    CHARGE 001-AGGRAV ASSLT-
        W FA
        STATUTE/ORDINANCE            LEVEL-FELONY
        DISP-
-------------------------------------------------------------------
THIS RECORD CONTAINS FLORIDA INFORMATION ONLY. WHEN EXPLANATION OF A CHARGE OR
DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT CONTRIBUTED
THE RECORD INFORMATION. THIS RECORD MAY ONLY BE USED FOR CRIMINAL JUSTICE
PURPOSES AS DEFINED BY THE CODE OF FEDERAL REGULATIONS.
--CONTINUED--

        SID NUMBER:  961658  PURPOSE CODE:C        PAGE:  6

THIS IS A SINGLE-STATE OFFENDER RECORD.
END OF RECORD

--END--

```
.1956225   CH   PRATT, ELLIS              M   B   09/08/1956   74   79
.2712906   CH   PRATT, KENNETH BERNARD    M   B   10/08/1956   72   74
.3033070   CH   PRATT, LOUIS ALPHONSO     M   B   09/08/1956   73   74
00952464   CH   PRIDE, MILTON RAY         M   B   12/24/1956   68   73
01136176   CH   PRUITT, ADOLPHUS          M   B   09/25/1956   70   73
-- END --
```

(5 AKAS)

```
--NCIC--
1L01FLS0025889813
FLFBIMM01

NO NCIC WANT NAM/PRATT,ANCEL DOB/19561208 RAC/B SEX/M

--FCIC HIT RESPONSE--
FQI : NO RECORDS FOUND
--END--

FC  FLFBIMM0100961658                        CHARVEY


.ATN/                        .CTL/


FCIC Message Ack Received.

DATE:08/22/2001  TIME:08:04  MESSAGE NUMBER:00014

ATTENTION:                        CONTROL:

C  FLFBIMM0100961658                        CHARVEY



--FLORIDA CCH RESPONSE--
ATN/HARVEY
C.DLE/00961658.PUR/C.ATN/HARVEY
        SID NUMBER:  961658   PURPOSE CODE:C        PAGE:  1
        BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME,
        A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE
              -  FLORIDA  CRIMINAL  HISTORY  -
NAME                        STATE ID NO.   FBI NO.      DATE REQUESTED
PRATT, ANCEL RUDOLPH            FL-00961658   310868N10    08/22/2001
SEX   RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE  SKIN  DOC NO.
    B    12/08/1956   5'08''   220    BRO   BLK    FL
--CONTINUED--


        SID NUMBER:  961658   PURPOSE CODE:C        PAGE:  2

FINGERPRINT CLASS   SOCIAL SECURITY NO.   MISCELLANEOUS NO.      SCR/MRK/TAT
O PI 16 PM PO                                                SC CHIN
I 14 17 PI DI
M AFIS - 2
OCCUPATION              ADDRESS                 CITY/STATE
DOCK BOY               10142 C PLAZA EAST       MIAMI, FL
---------------------------------------------------------------------------
AKA                        DOB          SOC            SCR/MRK/TAT
---------------------------------------------------------------------------
PRATT, ANCEL                            ████████████
---------------------------------------------------------------------------
--CONTINUED--


        SID NUMBER:  961658   PURPOSE CODE:C        PAGE:  3

ARREST-  1    05/25/1974    OBTS NO.-
```

**ROADRUCK INVESTIGATIONS, INC.**

STEVEN D. ROADRUCK
PRESIDENT

4100 N.E. 2nd Avenue
Suite 308
Miami, Florida 33137

TELEPHONE
(305) 576-5977
TOLL FREE
1-(877)-498-3154
FAX
(305) 576-5878

RECEIVED
DEC - 7 2000
HUMAN RESOURCES

Offices Located in:
**Miami**
Orlando

November 1, 2000

Broward County Sheriff
Attn: Bea Swirsky/Human Resources
2601 W. Broward Boulevard
Fort Lauderdale, Florida 33310

Dear Ms. Swirsky:

We are respectfully requesting a complete copy of our client's personnel file.

He is an ex Broward Sheriff's Office Corrections Officer (1986-1997).

　　　Raymond Hicks
　　　Black male
　　　DOB 6-28-65
　　　Employee #04693

In addition to the file copies, we need documentation showing that Mr. Hicks was at work on the date, November 4, 1998, please include the time as he states he was working from 6:45 a.m. to 3:00 p.m. and from 3:15 p.m. to 5:30 p.m.

Please contact our office when ready so that we can make arrangements to pick up the copies.

cc. *Michelle Russell*

Contents of this document are protected by Attorney/Investigator Client Privilege

270F-MM-89415, 245F-MM-88061, 245F-MM-

Continuation of FD-302 of _____SOURCE_____, On _11/12/98____, Page

accident scene.  BARRY SMITH advised that he would handle the
incident.  BARRY SMITH allegedly hired a high priced attorney to
handle NELSON's case.

During the week of November 8, 1998, two (2) Unknown
Black Males (UBM) from Fort Myers, Florida, arrived at the
warehouses located at 550 Northwest 27th Avenue, driving a white
Chevrolet Impala.  The UBM's came to pick up a package from BARRY
SMITH and return to Fort Myers.

On November 11, 1998, an UBM from Live Oak, Florida,
arrived at the warehouses located at 550 Northwest 27th Avenue,
(Bay B-4).  The UBM came to pick up thirty (30) pounds of
marijuana from BARRY SMITH.  While the UBM was at the warehouse,
BARRY SMITH advised SAMUEL JONES to activate the scanner, so they
could overhear the UBM cellular telephone conversation to an
unknown party.  JONES advised BARRY SMITH that the UBM was okay.

The above incident revealed that BARRY SMITH has a
scanner which is wired in his back office.  There is also a
camera in the warehouse which records members of the SMITH
organization having sex.

On November 4, 1998, RAYMOND HICKS was at the
warehouses located at 550 Northwest 27th Avenue, (Bay B-4), for
most of the day.  BARRY SMITH gave HICKS a brown paper bag which
contained one-half kilo of cocaine.  The Source observed the bag
earlier in the day when BARRY SMITH left it on the water cooler,
and stated, "Don't let it fall in the water."

BARRY SMITH recently purchased a 1999 Lincoln Navigator
(black), bearing Florida license plate GW4 28I.  The vehicle is
registered to ALEX RAINEY, black male, Date of Birth: August 24,
1959, who is one of BARRY SMITH's truck drivers.  The Navigator
is believed not to be a lease and is fully paid for.

0034

Staffing Management v1.5  -Broward County Sheriff's Office   Page  0

Daily Assignments for Unit: 01 Shift:2  DATE:11/04/98 Wednesday

| Post | Title | Lv | Employee | CCN | Status | Time | Total |
|------|-------|----|----------|-----|--------|------|-------|
| 0155 | 7TH FLR CTRL B | 21 | CARTER,WILLIAM L | 08699 | _____ | 0800 | 0800 |
| 0160 | 7TH FLR HSNG C | 21 | CAMERON,EDDIE J | 06788 | _____ | 0800 | 0800 |
|      |                |    | CAMERON,EDDIE J | 06788 | A00002 | 0800 | 0000 |
|      |                |    | BRAN,RENE | 08471 | 008471 | 0800 | 0800 |
| 0165 | 7TH FLR CTRL C | 21 | GOTTFRIED,EDWARD J | 05745 | _____ | 0800 | 0800 |
| 0170 | 7TH FLR HSNG D | 21 | JOHNSON,NANCY M | 06768 | _____ | 0800 | 0800 |
|      |                |    | JOHNSON,NANCY M | 06768 | A00003 | 0800 | 0000 |
|      |                |    | MARTIN,HORACE L | 03648 | 003648 | 0800 | 0800 |
| 0175 | 7TH FLR CTRL D | 21 | VENTURA,LUIS M | 08532 | _____ | 0800 | 0800 |
| 0180 | 7TH FL MVT/UTL | 21 | BLANKS,ANDREA L | 07775 | _____ | 0800 | 0800 |
| 0185 | 7TH FL MVT/UTL | 21 | LARSEN,GARRY B | 05078 | _____ | 0800 | 0800 |
| 0190 | 7TH FL MVT/UTL | 21 | MARSHALL,DEXTER D | 05138 | _____ | 0800 | 0800 |
| 0200 | 6TH FLR HSNG A | 21 | MONTGOMERY,FRED A | 05268 | _____ | 0800 | 0800 |
| 0205 | 6TH FLR CTRL A | 21 | WATSON,VANCE L | 06857 | _____ | 0800 | 0800 |
| 0210 | 6TH FLR HSNG B | 21 | BATTLE,MARVA O | 04695 | _____ | 0800 | .0800 |
|      |                |    | BATTLE,MARVA O | 04695 | A00021 | 0800 | 0000 |
|      |                |    | MERCADO,HERMAN | 08123 | R02033 | 0800 | 0800 |
| 0215 | 6TH FLR CTRL B | 21 | APPLIN,ERIC K | 05702 | _____ | 0800 | 0800 |
|      |                |    | APPLIN,ERIC K | 05702 | A00002 | 0800 | 0000 |
|      |                |    | BUTLER,ANDREA B | 06310 | R02045 | 0800 | 0800 |
| 0220 | 6TH FLR HSNG C | 21 | BELLINGER,GEORGE | 06023 | _____ | 0800 | 0800 |
| 0225 | 6TH FLR CTRL C | 21 | CONNORS,DANIEL W | 07522 | _____ | 0800 | 0800 |
| 0230 | 6TH FLR HSNG D | 21 | JACKSON,JOEY L | 07800 | _____ | 0800 | 0800 |
| 0235 | 6TH FLR CTRL D | 21 | HICKS,RAYMOND L | 04693 | _____ | 0800 | 0800 |
| 0240 | 6TH FL MVT/UTL | 21 | SMALL,SCOTT M | 07802 | _____ | 0800 | 0800 |
| 0245 | 6TH FL MVT/UTL | 21 | WARD,ELSA L | 04836 | _____ | 0800 | 0800 |
| 0250 | 6TH FL MVT/UTL | 21 | DELIFUS,GEORGE E | 04937 | _____ | 0800 | 0800 |
| 0260 | 5TH FLR HSNG A | 21 | KIMBROUGH,VINCENT L | 05692 | _____ | 0800 | 0800 |
|      |                |    | KIMBROUGH,VINCENT L | 05692 | A00002 | 0800 | 0000 |
|      |                |    | WALDEN,MONICA L | 06452 | R02031 | 0800 | 0800 |
| 0265 | 5TH FLR CTRL A | 21 | WILLIAMS,DARRELL O | 05307 | _____ | 0800 | 0800 |
| 0270 | 5TH FLR HSNG B | 21 | PHILLIPS,MICHAEL S | 05726 | _____ | 0800 | 0800 |
|      |                |    | PHILLIPS,MICHAEL S | 05726 | A00021 | 0800 | 0000 |
|      |                |    | BERRY,TIFFANNIE | 08866 | 008866 | 0800 | 0800 |
| 0275 | 5TH FLR CTRL B | 21 | BOSLEY,CHARLES J | 06338 | _____ | 0800 | 0800 |
|      |                |    | BOSLEY,CHARLES J | 06338 | A00002 | 0800 | 0000 |
|      |                |    | MOLIN,KATHI M | 08631 | E08631 | 0800 | 0800 |
| 0280 | 5TH FLR HSNG C | 21 | CARTER,MAURICE | 06685 | _____ | 0800 | 0800 |
| 0285 | 5TH FLR CTRL C | 21 | MOULTRY,LOUIS L | 04703 | _____ | 0800 | 0800 |
|      |                |    | MOULTRY,LOUIS L | 04703 | A00021 | 0800 | 0000 |
|      |                |    | SMITH,STEPHANIE D | 08110 | R02040 | 0800 | 0800 |
| 0290 | 5TH FLR HSNG D | 21 | SMITH,JAMIE D | 08363 | _____ | 0800 | 0800 |
| 0295 | 5TH FLR CTRL D | 21 | MCCLOVER,JONATHAN T | 07527 | _____ | 0800 | 0800 |
|      |                |    | MCCLOVER,JONATHAN T | 07527 | A00021 | 0800 | 0000 |
|      |                |    | MIDDLETON,RORY | 05016 | R02034 | 0800 | 0800 |
| 0300 | 5TH FL MVT/UTL | 21 | MCKEON,ROBERT W | 05200 | _____ | 0800 | 0800 |
| 0305 | 5TH FL MVT/UTL | 21 | BARBARA,JAMES A | 04013 | _____ | 0800 | .0800 |
| 0310 | 5TH FL MVT/UTL | 21 | JACKSON,LISA R | 04854 | _____ | 0800 | 0800 |
| 0320 | 4TH FLR HSNG A | 21 | STEWART,ALVIN D | 05913 | _____ | 0800 | 0800 |
| 0325 | 4TH FLR CTRL A | 21 | YOUNG,VERNIDEAN T | 05517 | _____ | 0800 | 0800 |
| 0330 | 4TH FLR HSNG B | 21 | LONG,JIMMIE C | 07924 | _____ | 0800 | 0800 |

Q.    Do you recognize who may be the author?

A.    No, I don't.

Q.    On page two of three, third paragraph

4    from the bottom, it reads, "On November 4th, 1998

5    Raymond Hicks came to the warehouse and stayed

6    there most of the day." Do you see that?



7    A.    Yes.

8    Q.    It refers to that information coming

9    from the CI. Do you know who provided that

10   information?

11   A.    No.

12   Q.    Was it Ansel Pratt?

13   A.    I just said I don't know who did the

14   document or where this information came from. No

15   knowledge.

16   Q.    This appears to be, in the document you

17   have in front of you, the first reference to

18   Raymond Hicks. Do you recall what the first

19   reference was to Raymond Hicks in the

20   investigation?

21   A.    No, I don't.

22   Q.    You have no independent recollection?

23   A.    No.

24   Q.    When Raymond Hicks' name first came up

25   in this investigation did you recognize it as

1    Barry and Bernard Smith?

2    A.   Yes, I am.

3    Q.   When did you begin acting as a confidential source in this

4    investigation?

5    A.   Around the year 1987.

6    Q.   1987?

7    A.   Yes.

8    Q.   87, are you sure on that?

9         This investigation.

10   A.   1989, 99, 1998, sorry.

11   Q.   Mr. Pratt, if you can just lean forward into the microphone.

12        Thank you.

13        So approximately 1998 you became the confidential source

14   in this investigation?

15   A.   Yes, I did.

16   Q.   And as the confidential source who did you initially report

17   to?

18   A.   Special Agent Andrew Thompson.

19   Q.   Anybody else?

20   A.   At times the BSO.

21   Q.   Who did you report to at BSO?

22   A.   Sergeant Clark.

23   Q.   What is your understanding of what your role was as a

24   confidential source in this investigation?

25   A.   To gather as much information as I could and report back ba

1    everything that I saw that was going on.

2    Q.   Were you paid for your services in this case?

3    A.   Yes, I was.

4    Q.   Approximately how much were you paid by the Federal Bureau of

5    Investigation in this case?

6    A.   Approximately myself about 15 thousand dollars.

7    Q.   Were you paid from anybody else?

8    A.   Yes.  Federal Bureau of Investigation, Broward Sheriffs

9    Department.

10   Q.   Approximately how much did you receive from BSO?

11   A.   Approximately about 2 thousand.

12   Q.   Anybody else?

13   A.   No.  I think that is it.

14   Q.   Do you receive any funds from the Hollywood Police

15   Department?

16   A.   Yes, I did.

17   Q.   Approximately how much?

18   A.   Maybe a thousand dollars.

19   Q.   Did you receive any payment for expenses in this case?

20   A.   Yes, I did.

21   Q.   Approximately how much?

22   A.   For my warehouse and cell phone, approximately about 20

23   thousand.

24   Q.   How were you paid?

25   A.   Cash.

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    05/24/19

        Source, who is in a position to testify, provided the following information:

        Raymond Hicks purchased Barry Smith's white Mercedes ( 4 door sedan.

        At Smith's warehouse located at 550 NW 27 Avenue,, B-4, Fort Lauderdale, Florida, Smith was holding an envelope in which stated, that Hicks provided him with good information. Source believes the information in the envelope to be that of confident law enforcement information.

Investigation on    05/22/99    at Fort Lauderdale, Fl

File #    270F-MM-89415, 245F-MM-88061 &    Date dictated    05/24/99
      245F-MM-88061 (SUB 302)
by    SA Andrew W. Thompson

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

# *CARCORP*

## *Lease Information:*

Year: *93*    Make: *400 SEL*    Model: *400 SEL* *MoBENZ*    MSRP $: _____    Inv. $: _____

Selling Price: $ *42,000*

D/P: $ *5,000*

Amt. Fin.: $ *37,000*

Balloon: $ *15000*

Months: *60.*

*52k MILES*
*CUSTOM WHEELS*
*CUSTOM STEREO*
*LOW MILES*

Comments: _____

_____

_____

_____

STATE OF FLORIDA

| LIEN | 1ST LIEN ☐ | BY | | | | | |
| RELEASE | 2ND LIEN ☐ | | SIGNATURE | TITLE | | | DATE |

| IDENTIFICATION NUMBER | YR | MAKE | MODEL | BODY | WT·L·BHP | VESSEL REGIS. NO. | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| WDBGA43E0PA100497 | 93 | MERZ | | 4D | 3020 | | 67917836 |
| REGISTERED OWNER (LAST NAME FIRST) | | | | DATE OF ISSUE | | | |

SMITH   LEON L
4160   NW 21 STREET #220E
LAUDERHILL FL          33313-7005

ADDITIONAL LIENS

## CERTIFICATE OF TITLE

VOID IF ALTERED

STATE OF FLORIDA

HSMV 82250 (REV 6 90)

## BILL OF SALE

_____ LEON L SMITH _____, (Seller), of the vehicle described as:

Year: __1993__   Make: __MERCEDES__ _____   Model: __400 SEL__   ___

VIN:   WDBGA43E0PA100497

does hereby sell, assign and transfer title and possession to:

_____ CARCORP INC _____ (Buyer)

for the sum of $ __32,075.00__ _____  DUE ON DELIVERY

The above described property is sold on an "AS IS" basis. Seller makes no warranties, express or implied.

Dated this __13__ day of __MAY, 1999__, 19XX

Sellers signature: _Leon L. Smith_

*Hicks 5/30/99*
*97 Toyota    # 062995*

July 14, 1999


Bank Atlantic
Attention: Cindy Fox
3401 Pine Island Road
Sunrise, FL


RE: 1997 Toyota 4 Runner
VIN: JT3HN86R1V0062995
*# 000 16017006*

Dear Ms. Fox:

Please be advised that the undersigned is selling all of his right, title and interest in the above referenced automobile to Carcorp, Inc.  Carcorp,  Inc., will pay off Bank Atlantic the sum of $23,951.14 on or before July 16, 1999.

Sincerely,


Raymond Hicks

5450 N.W. 33rd Avenue #102
Fort Lauderdale, Florida  33309
(954) 735-5557 • Fax (954) 735-5479

## Personal Credit Application

Date ____ / ____ / ____

Salesman  WILBERT ACOSTA    Beeper (954) 767-2977    Dealership _____

Contact _____

Telephone _____

Name  Hicks  Raymond C    Age 33  DOB 6 , 28 , 65

Home Phone ( 954 ) 733-6216  Soc.Sec.# 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

Residence  ☑ Own Home  ☐ Rent  ☐ Other    Monthly Payment 650

Address  3131 N.W 43rd Pl

Mortgage With  SourCo  Mc    How Long 4 yrs  Apt #

Previous Address  2810 N Oakland Forest Dr.    How Long 8 yrs

Business or Employed By  Broward Sheriff Office

Address  555 S.E 1st Ave

Position  Dente Sheriff    How Long 12 yrs  Income 44,00 yrly

Dept  Detention    Superior  LT. McPhertson    Phone # ( 954 ) 831-5557

Additional Income  Wife    Source

Previous Employer  College    Address  Joplis MO,

Business Phone # ( )    Position    Income

Spouse or Additional Guarantor  Patrici C. Hicks    Relationship  wife  Soc. Sec. # 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

Address  Same As Abve    Phone # ( )

Age 33  DOB 8 , 22 , 65

Residence  ☐ Own Home  ☐ Rent  ☐ Other    Monthly Payment

Mortgage With    How Long?  Apt #

Previous Address    How Long

Employer  Post Office    Address  Oakland Pk - 2 Ave

Business Phone ( 954 ) 527-2047  Position  Cleck    How Long? 11 yrs  Income 47.48,000 yrly

Previous Employer    Address

Business Phone # ( )    Position    How Long?    Income

Bank (s) 1.    Branch    In My Name ☐ Checking ☐
In Bus. Name ☐ Savings ☐
Acct. #

Contact    Phone # ( )

2.    Branch    In My Name ☐ Checking ☐
In Bus. Name ☐ Savings ☐
Acct. #

Contact    Phone # ( )    Acct. #

3. Spouse's or Guarantor's bank    Type of Acct.

Contact    Phone # ( )    Acct. #

NOTICE: A consumer credit report may be obtained from one or more consumer reporting agencies (credit bureaus) in connection with this application. Additional reports may be obtained in connection with any update. Renewal or extension of an obligation relating to this application. If you ask, we will tell you whether any report was obtained and, if obtained, the name and address of any agency furnishing the report(s). I/We authorize CARCORP to obtain and use the credit reports described in the Notice above. I/We and anyone else may exchange information about you as permitted or required by law. This includes sharing information about you with your affiliate or agent of ours for the purpose of providing customer service, considering your eligibility for any product or service offered by us or any affiliate and enforcing any obligations owed by you to us or an affiliate. We may retain this application and information about you whether or not this application is approved.

Applicant's Co-Applicant's Signature    11-2-98

Date

### LEASE/RETAIL INFORMATION

Lease Information

Year 1993    Make McBENZ    Model 3500  57 miles    MSRP $    Inv. $

Selling Price 47,000  DP's 3000  Amt. Financed $ 44,000  Balloon $    Mos.

Comment  CUSTOMER IS TRADEING    Appox. Monthly Payment
BANK ATLANTIC , 97 4 RUNNER ,

WAC



Gold Cross Award

presented to

Deputy Raymond Hicks

this 5th day of November, 1999

Sheriff Ken Jenne

BROWARD SHERIFF'S OFFICE
SHERIFF KEN JENNE · COUNTY

# Deputy of the Month

In recognition of outstanding performance

## Deputy Raymond Hicks

is hereby presented with this certificate of Deputy of the Month for July, 1999. In recognition of exceptional work performance and commitment to the goals set forth by the Broward Sheriff's Office.



1999

PRESENTED ON AUGUST FIRST,
NINETEEN HUNDRED NINETY NINE

8/01/99  10:56:37

Crimes Management System
m: CMS301                    INCIDENT REPORT

No.: 1-99-005285 OAKLAND PARK POLICE DEPARTMENT            (Continued)

ONE BLUE STEEL REVOLVER, 357 CAL. HAND GUN. BRAND NAME TAURUS.
GUN WAS FIRED ONCE SO IT WAS NOT UNLOADED. UNKNOWN SERIAL
NUMBER.

ON JULY 20, 1999 I WAS DISPATCHED TO 3900 N.W. 21 AVE IN REFERENCE
TO AN ARMED ROBBERY THAT HAD TAKEN PLACE. AS I WAS ENROUTE I WAS
ALSO TOLD THAT THERE WAS A BROWARD SHERIFF DEPUTY ON SCENE.

UPON MY ARRIVAL I MET DEPUTY RAYMOND HICKS WHO HANDED ME THE ABOVE
MENTIONED HANDGUN. I SECURED THE GUN IN MY TRUNK. I THEN LEARNED
THAT A CARJACKING AND FALSE IMPRISONMENT HAD OCCURRED WITH THE
INCIDENT STARTING AT 2635 N.W. 20 AVE.  I IMMEDIATELY GOT A DESCRIPTION
OF THE SUSPECT WHO WAS FLEEING THE AREA IN A NORTHEASTERLY DIRECTION.
B.S.O. K-9 WAS CALLED  OUT AS WELL AS THE AIR UNIT. A PERIMETER
WAS SET UP AROUND THE AREA TO CONTAIN THE SUSPECT. WHILE ALL THIS
WAS BEING DONE I ASKED THE VICTIM WHAT HAD HAPPENED.

VICTIM MOREAU SAID THAT HE WAS DRIVING HIS CAB IN THE AREA OF
N.W. 6 ST. AND N.W. 12 AVE. WHEN HE WAS FLAGGED DOWN BY THE ABOVE
DESCRIBED SUSPECT. THE VICTIM STOPPED HIS CAB AND THE SUSPECT
GOT IN. THE SUSPECT TOLD THE VICTIM HE WANTED TO GO TO NORTH LAUDERDALE
KIMBERLY BLVD. AS THE VICTIM STARTED TO DRIVE IN THAT DIRECTION
THE SUSPECT THEN TOLD HIM TO GO TO ANOTHER LOCATION. THEY ENDED
UP AT THE APARTMENT BUILDING LOCATED AT 2635 N.W. 21 AVE. THE
VICTIM SAID HE PARKED AT THE EAST END OF THE COMPLEX WHILE THE
SUSPECT GOT OUT AND WENT UP TO A SECOND FLOOR APARTMENT. VICTIM
SAID THAT DUE TO THE POSITION HE WAS PARKED IN HE COULD NOT SEE
WHAT APARTMENT THE SUSPECT WENT INTO. THE SUSPECT RETURN PROMPTLY.
THE SUSPECT AT THAT POINT DISPLAYED A HAND GUN AND POINTED IT
AT THE VICTIM. HE TOLD THE VICTIM TO GIVE HIM EVERYTHING HE HAD.
THE VICTIM TOLD THE SUSPECT THEN TOLD THE VICTIM TO SLIDE OVER
AND THE SUSPECT GOT INTO THE DRIVER'S SEAT AND STARTED DRIVING.
THE VICTIM SAID THAT THEY STARTED DRIVING NORTH ON N.W. 21 AVE.
DURING THAT DRIVE THE SUSPECT TOLD THE VICTIM TO BEND OVER IN
THE FRONT SEAT SO AS TO CONCEAL HIMSELF. THE SUSPECT CONTINUED
TO HOLD THE GUN ON THE LEFT SIDE OF THE VICTIM. THE VICTIM WAS
HE WAS CONVINCED THAT THE SUSPECT WAS TAKING HIM SOME PLACE TO
KILL HIM. VICTIM SAID HE DID NOT WANT TO DIE AND KNEW HE HAD TO
DO SOMETHING. HE SAID THAT HE COULD FEEL THE CAR SLOWING DOWN AT
A TRAFFIC LIGHT AT N.W. 24 AVE. AND N.W. 38 ST. THIS WAS WHEN THE
VICTIM GRABBED GRABBED THE NOZZLE OF THE GUN AND TURNED IT AWAY
FROM HIM. THE TWO BEGAN TO FIGHT OVER THE GUN AND A SHOT WAS FIRED
THROUGH THE ROOF OF THE CAR.  THE SUSPECT THEN PULLED THE CAR OUT OF
THE VICTIM TRYING TO GET CONTROL OF THE GUN. THE CAR WENT OUT
OF CONTROL AND HIT A CHAIN LINK FENCE AT 3900 N.W. 21 AVE. THE
TWO GOT OUT OF THE CAR STILL STRUGGLING OVER THE GUN. THAT IS WHEN
DEPUTY HICKS DROVE UP. DEPUTY HICKS WALKED UP AND THEN SAW THAT
THE TWO WERE FIGHTING OVER A GUN. HE GRABBED THE GUN IN THE AREA
OF THE CYLINDER SO IT WOULD NOT FIRE ANY PULLED IT AWAY FROM BOTH
MEN. THATS WHEN THE SUSPECT FLED ON FOOT IN A NORTHEASTERLY DIRECTION

Office of the
# Sheriff



Broward County
Post Office Box 9507
Fort Lauderdale, Florida 33310

April 1, 1997                                                      97-01

Deputy Raymond Hicks
Broward County Sheriff's Office
555 S.E. 1st Avenue
Ft. Lauderdale, FL 33301

Re:     Deputy of the Month

Dear Deputy Hicks:

Congratulations on being selected Deputy of the Month for March, 1997.

You are commended for your exceptional work performance and your dedication to the Broward
Sheriff's Office.

By being selected for this Award, you have exhibited the professionalism and commitment that we
strive to maintain and have set an example for your fellow employees.

Sincerely,

WILLIE G. ROBERTS
Superintendent, Main Jail Bureau
Department of Corrections and Rehabilitation

WGR/dmc

**RON COCHRAN**
**SHERIFF**
**BROWARD COUNTY**
**P.O. BOX 9507**
**FORT LAUDERDALE, FL. 33310**


**DATE:**     March 7, 1997

**MEMO TO:** Superintendent Willie Roberts

**FROM:**     Sgt. K. Dourvetakis, Bravo Shift Main Jail, RDO Sgt.

**SUBJECT:** **SILVER CROSS AWARD**
**Deputy R. Hicks #4693**


I am highly recommending Deputy Raymond Hicks for the Silver Cross Award. Deputy Hicks showed his selfless dedication and courage in an unusual incident i occurred on January 13, 1997.

Deputy Hicks and I responded to the eighth floor to remove inmate Bennefield fi the eighth floor. Bennefield was to be relocated per classification after completii lockdown time. When I entered the cell and attempted to initiate a conversation Bennefield he became physically violent punching me in the face. Deputy Hicks responded instantly utilizing the force necessary to restrain Bennefield and togeth were able to secure Bennefield. It should be noted that Bennefield is 6'2", 240lt was a prior patient on the psychiatric ward. As a result of this incident Deputy l sustained major injuries to both of his hands which required surgery and extensiv therapy.

I would like to reiterate that Deputy Hicks is my choice for Silver Cross Award well as the Employee of the Month for the Department of Corrections and Rehabilitation.


cc:     Lt. R. Huff
        Dep. R. Hicks



# Deputy of The Month

In recognition of outstanding performance

★ ★

★ ★

★ ★

## Deputy Raymond Hicks

is hereby presented with this certificate of Deputy of the Month for March. In recognition of exceptional work performance and commitment to the goals set forth by the Broward Sheriff's Office.

1997

PRESENTED ON APRIL SECOND

NINETEEN HUNDRED NINETY SEVEN

# REACH • BELIEVE • ACHIEVE



**2004 AFRICAN AMERICAN ACHIEVERS**

Sponsored by JM Family Enterprises, Inc./
Southeast Toyota Distributors, LLC

## Welcome to the Awards Ceremony & Reception
Broward County Convention Center
March 11, 2004



## 2004 Selection Committee

**Samuel F. Morrison**
Retired from Broward County Library System

**Henry L. Brown III**
Assistant Principal
Hallandale Adult Community Center

**Wilhelmena Mack, Ed. D.**
Vice President/Chief Human Resource Director
North Broward Hospital District

**Patricia Andrews**
City Editor
The Herald Broward

### Thank you to everyone who made this program a wonderful success.

LOCAL 10  SE IAMI  MANNY TOYOTA

# Tonight's Program

**Opening Performance**
Henry L. Brown III - *Make A Difference*

**Welcome to Guests - Master of Ceremonies**
Dwight Lauderdale - Anchor, WPLG-TV Channel 10

**Pledge of Allegiance**
Dwight Lauderdale

**Invocation**
Patrick J. Franklin
President & CEO, Urban League of Palm Beach County

**2004 African-American Achiever**
Kitty Oliver – Arts & Culture

**Recognition of Media Co-Sponsors**
Dwight Lauderdale

**2004 African-American Achiever**
Marie R. Gill – Business & Entrepreneurism

**Recognition of the Selection Committee**
Dwight Lauderdale

---

**Special Memorial Tribute**
Mary Butler Hooks

**2004 African-American Achiever**
First Sergeant Raymond L. Hicks – Education

**2004 African-American Achiever**
Henry L. Graham – Health & Family Services

**Presentation of Community Contributions**
Dwight Lauderdale

**Presentation of the**
**Jerome Edmund Gray Youth Achiever**
Dr. Patricia Stith, Director of Retention Studies
Florida State University

**2004 Jerome Edmund Gray Youth Achiever**
Yves Antoine

**Brief Remarks**
Jim & Jan Moran

**Closing Performance**
Henry L. Brown III - *I Believe I Can Fly*

**Invitation to the Reception**
Dwight Lauderdale