UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-SEITZ



UNITED STATES OF AMERICA,

v.

RAYMOND L. HICKS,
_____/

### ORDER DENYING MOTION TO EXPUNGE RECORD

This matter came before the Court on Defendant Raymond L. Hicks's *pro se* Motion to Expunge Record [DE 333]. The Court has considered the Motion and the Government's response. While the Court can understand the Defendant's desire to expunge the records, in balancing the desire of the Defendant with the need to maintain complete, accurate records, there has not been a showing of extreme circumstances to require that the records be edited as requested. Therefore, it is

ORDERED that the Defendant's motion is DENIED.

DONE AND ORDERED in Miami, Florida this 8th day of June, 2006.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Roger Stefin, AUSA
Raymond L. Hicks, 3131 N.W. 43rd Place, Oakland Park, FL 33309